PEARSON, SIMON & WARSHAW, LLP
Daniel L. Warshaw
dwarshaw@pswlaw.com
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Tel: (818) 788-8300
Fax: (818)788-8104

Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
Brenton Goodman (*pro hac vice*)
bgoodman@levinlaw.com
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, PA
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | CASE NO. 5:19-CV-00835-FMO-SP<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Fernando M. Olguin<br><br>Date/Time: October 7, 2021 / 10:00 A.M.<br>Location: U.S. Courthouse, Courtroom 6D, 350 W. 1st Street, Los Angeles, CA 90012 |

1

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION – 5:19-CV-00835-FMO-SP

## NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that on October 7, 2021, at 10:00 a.m., before the Honorable Fernando M. Olguin, at the U.S. District Court for the Central District of California in Courtroom 6D, 6th floor, 350 W. 1st Street, Los Angeles, CA 90012, Plaintiffs will move for certification of Plaintiffs' class claims pursuant to Federal Rule of Civil Procedure 23 and Judge Fernando M. Olguin's Order (DE 70) filed January 17, 2020.

This motion will be based on the Notice of Motion; the Joint Brief on Class Certification; the Joint Appendix to Joint Brief on Class Certification; supporting declarations; the records and file in this action; a Joint Motion to Seal with attached exhibits being filed contemporaneously herewith; and on such other matters as may be presented before or at the hearing of the motion.

DATED:  August 23, 2021

/s/Matthew D. Schultz
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, PA
Matthew D. Schultz (PHV)
mschultz@levinlaw.com
Brenton Goodman (PHV)
bgoodman@levinlaw.com
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140: (865) 522-0049

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Daniel K. Bryson (PHV)
dbryson@milberg.com
Drew Hathaway (PHV)
dhathaway@milberg.com
900 W Morgan St
Raleigh, NC 27603

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION – 5:19-CV-00835-FMO-SP

Tel: (919) 600-5000
Fax: (919) 600-5035

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
Gregory F. Coleman (PHV)
gcoleman@milberg.com
Adam A. Edwards (PHV)
aedwards@milberg.com
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

***Attorneys for Plaintiffs***

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION – 5:19-CV-00835-FMO-SP