| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 3 2024 |
| | MOLLY C. DWYER, CLERK <br> U.S. COURT OF APPEALS |

JUSTIN LYTLE; CHRISTINE MUSTHALER,

           Plaintiffs-Appellees,

 v.

NUTRAMAX LABORATORIES, INC.; NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,

           Defendants-Appellants.

No. 22-55744

D.C. No. 5:19-cv-00835-FMO-SP
Central District of California, Riverside

ORDER

Before: TASHIMA and H.A. THOMAS, Circuit Judges, and RAKOFF,[*] District Judge.

    Appellees are ordered to file a response to the petition for rehearing en banc filed on May 20, 2024. Dkt. No. 52. The response shall not exceed fifteen pages or 4,200 words and shall be filed within 21 days of the date of this order. 9th Cir. R. 40-1.

---

    [*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.