UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUSTIN LYTLE and CHRISTINE MUSTHALER,

    Plaintiffs-Appellees,

v.

NUTRAMAX LABORATORIES, INC. AND NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,

    Defendants-Appellants.

No. 22-55744

D.C. No. 5:19-cv-00835-FMO-SP

ORDER

Before: TASHIMA and H.A. THOMAS, Circuit Judges, and RAKOFF,[*] District Judge.

    Plaintiffs-Appellees' unopposed motion to transfer consideration of attorneys' fees on appeal to the district court, Dkt. 58, is **GRANTED**. *See* 9th Cir. Rule 39-1.8.

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.