UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUSTIN LYTLE; CHRISTINE MUSTHALER, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> NUTRAMAX LABORATORIES, INC.; NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br> Defendants-Appellants. | No. 22-55744 <br><br> D.C. No. 5:19-cv-00835-FMO-SP <br> Central District of California, Riverside <br><br> ORDER |

Before: TASHIMA and H.A. THOMAS, Circuit Judges, and RAKOFF,[*] District Judge.

Defendants-Appellants' motion to stay the mandate pending filing of a petition for writ of certiorari (Docket Entry No. 60) is denied. *See* Fed. R. App. P. 41(d); 9th Cir. R. 41-1. The mandate shall issue in due course. Judge Tashima would grant the motion to stay the mandate.

No further filings will be entertained in this closed case.

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.