UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>　　　　Defendants - Appellants. | No. 22-55744<br><br>D.C. No. 5:19-cv-00835-FMO-SP<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered April 22, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT