UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-0835 FMO (SPx) | Date | October 4, 2024 |
|---|---|---|---|
| Title | Justin Lytle, et al. v. Nutramax Laboratories, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:** (In Chambers) Order Re: Further Proceedings

The Ninth Circuit recently issued the Mandate, (see Dkt. 160), in the above-referenced matter. In addition, having reviewed the defendants' motion for summary judgment, (see Dkt. No. 128), which was filed more than two years ago, the court believes it would be more efficient for the parties to file renewed motions that update the applicable law and, if necessary, the facts in the case. Accordingly, IT IS ORDERED THAT:

1. The above-referenced action is hereby **re-opened**.

2. No later than **October 18, 2024**, the parties shall filed their proposed class notice and notice procedures. Each side may file briefing in support of their proposed notice and procedures by the deadline set forth above. No later than **October 25, 2024**, each side may file a response to the other side's proposed class notice and notice procedures.

3. Counsel for the parties shall attend status conference on **November 7, 2024, at 10:00 a.m.** in Courtroom 6D of the First Street Courthouse.

4. Defendants' motion for summary judgment **(Document No. 128)** is **denied without prejudice**. The parties shall, no later than **November 21, 2024**, meet and confer with respect to any renewed motion for summary judgment as set forth in the Court's Order re Summary Judgment Motions. (See Dkt. 69). The defendant shall file its motion for summary judgment no later than **December 5, 2024**. The renewed motion may not incorporate by reference any motions or exhibits previously submitted in this case. The motions shall comply with the Court's Order Re: Summary Judgment Motions. (See Dkt. 69). In addition, with respect to the Joint Appendix of Undisputed and Disputed Facts, the parties shall include a sixth column, which sets forth the, element of the claim to which the fact relates.

Initials of Preparer     vdr