Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9662
Fax: (310) 595-9501

Joshua A. Glikin (pro hac vice)
glikin@shulmanrogers.com
SHULMAN ROGERS
1 Olympic Place, Ninth Floor
Towson, Maryland 21204
Tel: (410) 520-1342
Fax: (301) 230-2891

*Attorneys for Defendants*

Matthew D. Schultz (pro hac vice)
mschultz@levinlaw.com
LEVIN PAPANTONIO
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | CASE NO. 5:19-CV-00835-FMO-SP<br><br>**JOINT STIPULATION REGARDING SUBMISSION OF CLASS NOTICE PROCEDURES**<br><br>[(Proposed) Order filed concurrently herewith]<br>Judge: Hon. Fernando M. Olguin |

JOINT STIPULATION REGARDING SUBMISSION OF CLASS NOTICE PROCEDURES

1. On October 4, 2024, this Court entered its Order Re: Further Proceedings (Dkt. 161), which re-opened this case.[1] The Order directs the parties to file their proposed class notice and notice procedures no later than October 18 and it permits responses no later than October 25. (*Id.* ¶ 1.)

2. The Parties conferred on October 8 and respectfully request—and hereby stipulate to—a one-week extension until October 25 to file their proposed class notice and notice procedures followed by responses, if any are necessary, to be filed no later than October 28 (one week before the scheduled November 7 status conference).

3. For good cause, the Parties state the following.

   a. Based on their October 8 meet-and-confer, the Parties are optimistic that they will agree on the class notice and notice procedures or at least that any differences will be minimal.

   b. Plaintiffs' counsel owes a duty to the class to obtain proposals from multiple class administrators to ensure the proposed class notice process and the class notice itself are optimal and economical. Plaintiffs' counsel already has contacted three class administrators to obtain class notice proposals and pricing. Once an administrator is chosen, the content of the notice and class notice procedures will need to be refined and the final proposal will need to be shared with defense counsel for input and, ideally, agreement.

   c. The Parties agree that this proposed schedule would advance the interests of efficiency and justice, and will not prejudice the interests of either side.

---

[1] Plaintiffs' counsel received the Order via ECF mail on Saturday, October 5 at 7:55 p.m. CDT.

1

JOINT STIPULATION REGARDING SUBMISSION OF CLASS NOTICE PROCEDURES

| | | |
|---|---|---|
| 1 | DATED: October 10, 2024 | SIDLEY AUSTIN LLP |
| 2 | | /s/ *Amy P. Lally* |
| | | Amy P. Lally |
| 3 | | Sean A. Commons |
| 4 | | Adriane Peralta |
| | | Celia Spalding |
| 5 | | |
| 6 | | SHULMAN ROGERS |
| | | /s/ *Joshua A. Glikin* |
| 7 | | Joshua A. Glikin (pro hac vice) |
| 8 | | |
| 9 | | *Attorneys for Defendants* |
| 10 | | |
| 11 | | LEVIN PAPANTONIO |
| | | /s/ *Matthew D. Schultz* |
| 12 | | Matthew D. Schultz |
| 13 | | |
| | | PEARSON WARSHAW, LLP |
| 14 | | /s/ *Daniel L. Warshaw* |
| 15 | | Daniel L. Warshaw |
| | | Michael H. Pearson |
| 16 | | |
| 17 | | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN |
| 18 | | /s/ *Gregory F. Coleman* |
| 19 | | Gregory F. Coleman |
| | | Daniel K. Bryson |
| 20 | | Adam A. Edwards |
| 21 | | |
| 22 | | *Attorneys for Plaintiffs* |

2

JOINT STIPULATION REGARDING SUBMISSION OF CLASS NOTICE PROCEDURES

### CIVIL L.R. 5-4.3(a)(2)(i) ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Matthew D. Schultz, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.

DATED: October 10, 2024           */s/ Amy P. Lally*
                                  Amy P. Lally