1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER, <br><br> Plaintiffs, <br><br> v. <br><br> NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br> Defendants. | CASE NO. 5:19-CV-00835-FMO-SP <br><br> **ORDER GRANTING STIPULATION [162] RE: SUBMISSION OF CLASS NOTICE PROCEDURES** <br><br> The Honorable Fernando M. Olguin |

Upon consideration of the parties' Joint Stipulation Regarding Submission of Class Notice Procedures filed October 10, 2024, ("Stipulation") and good cause having been shown, it is HEREBY ORDERED that the Stipulation is GRANTED. The following deadlines shall apply in the above-referenced matter:

1.  No later than October 25, 2024, the parties shall file their proposed class notice and notice procedures. Each side may file briefing in support of their proposed notice and procedures by the deadline set forth above.

2.  No later than October 28, 2024, each side may, if necessary, file a response to the other side's proposed class notice and notice procedures.

IT IS SO ORDERED.

DATED:   October 11, 2024

_____/s/_____
Honorable Fernando M. Olguin
United States District Judge