**Cosequin**
**Notice Plan Proposal**
**Proprietary and Confidential**
**October 15, 2024**



*Notice plan reaches 70% of the California target audience, with an average frequency of 2.5.*

**Detailed Media Plan**

| Regional Print* | M-Th Insertions | Circulation | Frequency | Distribution | Language | Ad Size | Cost |
|---|---|---|---|---|---|---|---|
| *USA Today (San Francisco, Los Angeles & Phoenix editions)* | 4 | 14,116 | Daily | California | English | 1/4 Page B&W | |
| **Total Estimated Print:** | **4** | **14,116** | | | | **Print Subtotal:** | **$6,225** |

| Display & Social | Duration | Impressions** | Distribution | Target | Language | Ad Size | Cost |
|---|---|---|---|---|---|---|---|
| - Notice will target adults with IP addresses in California. <br> - Notice on desktop, mobile and tablet devices. <br> - Remarket to Adults who have clicked on the Banner Notice. | | | | | | | |
| *Google Display Network* | 6 weeks | 8,000,000 | California | Adults 18+ | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | |
| *Google Display Network* | 6 weeks | 4,500,000 | California | Adults 18+ and Affinity Targeting for Cosequin, pets, dogs, cats, and/or horses | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | |
| *Google Display Network* | 6 weeks | 4,000,000 | California | Adults 18+ and Intent Targeting for Cosequin | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | |
| *Yahoo Audience Network* | 6 weeks | 5,000,000 | California | Adults 18+ | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | |
| *Yahoo Audience Network* | 6 weeks | 2,500,000 | California | Adults 18+ and content targeting for pets (dogs and cats), and horses | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | |
| *Facebook* | 6 weeks | 6,000,000 | California | Adults 18+ | English & Spanish | Newsfeed & Right Hand Column | |
| *Facebook* | 6 weeks | 4,600,000 | California | Adults 18+ and Interests in pets, dogs, cats, and/or horses | English & Spanish | Newsfeed & Right Hand Column | |
| *Instagram* | 6 weeks | 3,000,000 | California | Adults 18+ | English & Spanish | Newsfeed | |
| *Instagram* | 6 weeks | 2,450,000 | California | Adults 18+ and Interests in pets, dogs, cats, and/or horses | English & Spanish | Newsfeed | |
| **Total Estimated Impressions:** | | **40,050,000** | | | | **Online Subtotal:** | **$20,097** |

| Additional Notice Enhancements | Cost |
|---|---|
| Sponsored Search Listings in California (Google, Yahoo! & Bing) | $3,000 |
| Press Release over PR Newswire's California and California Hispanic Newslines (600 words max.) in English and Spanish. | $970 |
| **Plan Total:^** | **$30,292** |

*Regional print will satisfy CLRA requirements, if needed.
**Impression inventory at time of booking may vary slightly.
^Expert and professional time will be billed separately.
Quote valid for 60 days from issue date. All advertising is subject to publisher's approval and availability at the time of the buy.