# Exhibit B

# Proposed Short-Form Publication Notice

Class Action Notice

Cosequin Canine (Dog) Supplements

*Lytle v. Nutramax Laboratories, Inc., et al.*, Case No. 5:19-cv-00835-FMO-SP

United States District Court, Central District of California

*A federal court has authorized this notice. This is not a solicitation from a lawyer.*

If you purchased any of the three following **Cosequin joint health supplements for dogs** in California between May 3, 2016, and May 6, 2022, whether online, in a store, or through a veterinarian, you have certain rights in a class action lawsuit.

- Cosequin DS Maximum Strength Chewable Tablets
- Cosequin DS Maximum Strength Plus MSM Chewable Tablets
- Cosequin DS Maximum Strength Plus MSM Soft Chews

Plaintiffs allege that Cosequin labels on these products misrepresented their effectiveness. The manufacturer of Cosequin denies these claims and asserts that the products are effective as a joint health supplement. The Court has found that Plaintiffs' allegations are legally sufficient and has ruled that the case may proceed as a class action. The Court has not otherwise ruled on the merits or accuracy of any of the parties' claims or defenses.

Class members have the right to request that they be excluded from the class by the deadline of _____, 2025.

If you do not ask to be excluded, you will be included in the class and bound by the orders of the Court and any judgment in this case, whether favorable or unfavorable.

More information on the certified class action and your rights is available on the class action notice website, _____, or at **[TOLL FREE NUMBER]**.