UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-0835 FMO (SPx) | Date | November 1, 2024 |
|---|---|---|---|
| Title | Justin Lytle, et al. v. Nutramax Laboratories, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present                          None Present

**Proceedings:**     (In Chambers) Order Re: Further Proceedings

Having reviewed the parties' submissions regarding proposed class notice and preliminary notice procedures, (see Dkt. Nos. 165 & 166), the court believes it would be more efficient to continue the status conference until after the parties have engaged in mediation. Accordingly, IT IS ORDERED THAT:

1. The upcoming status conference set for November 7, 2024 is hereby continued until **February 20, 2025, at 10:00 a.m**.

2. In the event mediation is unsuccessful, no later than **February 7, 2025**, the parties shall file renewed proposed class notice and notice procedures. Each side shall file briefing in support of their proposed notice and procedures by the deadline set forth above. In particular, the court expects the parties to address the potential issue of requiring Amazon to provide email notice. No later than **February 10, 2025**, each side may file a response to the other side's proposed class notice and notice procedures.

00 : 00

Initials of Preparer     vdr