Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

[Additional Counsel Listed on Signature Page]

*Attorneys for Defendants*

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER, <br><br> Plaintiffs, <br><br> v. <br><br> NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br> Defendants. | CASE NO. 5:19-CV-00835-FMO-SP <br><br> Assigned to: Hon. Fernando M. Olguin <br><br> **STIPULATION TO VACATE DEADLINE FOR RENEWED MOTION FOR SUMMARY JUDGMENT** <br><br> [(Proposed) Order filed concurrently herewith] |

STIPULATION TO VACATE DEADLINE FOR RENEWED MOTION FOR SUMMARY JUDGMENT

WHEREAS, on September 27, 2024, the Ninth Circuit Court of Appeals issued the mandate (Dkt. No. 160) in the above-referenced matter;

WHEREAS, on October 4, 2024, the District Court ordered, among other things, that the parties shall "no later than November 21, 2024, meet and confer with respect to any renewed motion for summary judgment" and that the "defendant shall file its motion for summary judgment no later than December 5, 2024" (Dkt. No. 161);

WHEREAS, the parties have agreed to participate in mediation, which is scheduled to be conducted in-person on January 29, 2025;

WHEREAS, in the event the mediation is unsuccessful, the Court has ordered the parties to "file renewed proposed class notice and notice procedures" by February 7, 2025, in advance of a status conference set for February 20, 2025 (Dkt. No. 167);

WHEREAS, to conserve private and judicial resources, the parties agree that any further briefing on summary judgment should await the outcome of mediation;

WHEREAS, the parties jointly request that the Court vacate the December 5, 2024, deadline for moving for summary judgment (Dkt. No. 161);

WHEREAS, the parties agree that, in the event that mediation is unsuccessful, they will meet and confer to propose a deadline and briefing schedule for summary judgment in advance of the next status conference, which is currently scheduled for February 20, 2025; and

WHEREAS, the parties believe that the proposed request advances the interests of efficiency and justice, and will not prejudice the interests of either side.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and Nutramax that the December 5, 2024, deadline for moving for summary judgment be vacated.

| | | |
|---|---|---|
| 1 | DATED: November 26, 2024 | Respectfully submitted, |
| 2 | | SIDLEY AUSTIN LLP |
| 3 | | By: /s/ *Amy P. Lally* |
| 4 | | Amy. P. Lally |

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

Sean A. Commons (SBN 217603)
scommons@sidley.com
Adriane Peralta
adriane.peralta@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 896 6010
Facsimile: (213) 896-6600

Kara L. McCall (*pro hac vice*)
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Joshua A. Glikin (*pro hac vice*)
JGlikin@shulmanrogers.com
SHULMAN ROGERS
1 Olympic Place, Ninth Floor
Towson, MD 21204
Telephone: (410) 520-1342
Facsimile: (301) 230-2891

*Attorneys for Defendants*

LEVIN PAPANTONIO

By: */s/ Matthew D. Schultz*
Matthew D. Schultz

Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
LEVIN PAPANTONIO
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs & the Class*

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Matthew D. Schultz, on whose behalf this filing is jointly submitted as counsel for Plaintiffs, concurs in this filing's content and has authorized me to file this document.

DATED: November 26, 2024                    */s/ Amy P. Lally*
                                            Amy P. Lally