# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER, <br><br> Plaintiffs, <br><br> v. <br><br> NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br> Defendants. | CASE NO. 5:19-CV-00835-FMO-SP <br><br> Assigned to: Hon. Fernando M. Olguin <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO VACATE DEADLINE FOR RENEWED MOTION FOR SUMMARY JUDGMENT** |

1     Upon consideration of the Stipulation to Vacate Deadline for Renewed Motion
2 for Summary Judgment ("Stipulation") and good cause appearing, it is HEREBY
3 ORDERED that the Stipulation is GRANTED, and the December 5, 2024, deadline for
4 filing a renewed motion for summary judgment (Dkt. No. 161) is vacated. In the event
5 mediation is unsuccessful, the parties shall meet and confer to propose an alternative
6 deadline for renewing the motion for summary judgment one week in advance of the next
7 status conference, which is currently scheduled for February 20, 2025.

9 IT IS SO ORDERED.

11 DATED: _____, 2024

12                                            Honorable Fernando M. Olguin
                                              United States District Court Judge