# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | CASE NO. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**ORDER GRANTING STIPULATION [168] TO VACATE DEADLINE FOR RENEWED MOTION FOR SUMMARY JUDGMENT** |

Upon consideration of the Stipulation to Vacate Deadline for Renewed Motion for Summary Judgment ("Stipulation") and good cause appearing, it is HEREBY ORDERED that the Stipulation is GRANTED, and the December 5, 2024, deadline for filing a renewed motion for summary judgment (Dkt. No. 161) is vacated. In the event mediation is unsuccessful, the parties shall meet and confer to propose an alternative deadline for renewing the motion for summary judgment one week in advance of the next status conference, which is currently scheduled for February 20, 2025.

IT IS SO ORDERED.

DATED: December 2, 2024                    /s/
                                  Honorable Fernando M. Olguin
                                  United States District Judge