Amy Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

[Additional Counsel Listed on Signature Page]
*Attorneys for Defendants*

Daniel L. Warshaw (SBN 185365)
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

[Additional Counsel Listed on Signature Page]
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>vs.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | Case No. 5:19-CV-00835-FMO-SP<br><br>Assigned to Hon. Fernando M. Olguin<br><br>**STIPULATION RE SCHEDULING BASED ON A NEW MEDIATION DATE**<br><br>[(Proposed) Order filed concurrently herewith] |

1    WHEREAS, on September 27, 2024, the Ninth Circuit Court of Appeals issued
2 the mandate (Dkt. No. 160) in the above-referenced matter;
3    WHEREAS, on November 21, 2024, Nutramax Laboratories, Inc. and
4 Nutramax Laboratories Veterinary Sciences, Inc. (collectively "Nutramax") filed a
5 petition for certiorari in the United States Supreme Court challenging the Ninth
6 Circuit's ruling (No. 24-576);
7    WHEREAS, on December 5, 2024, Plaintiffs filed a motion for extension of
8 time to file a response to the petition for certiorari until January 27, 2025;
9    WHEREAS, the parties have agreed to reschedule their January 29, 2025
10 mediation to April 10, 2025;
11    WHEREAS, based on the original mediation date, the Court has ordered, in the
12 event the mediation is unsuccessful, the parties to "file renewed proposed class notice
13 and notice procedures" by February 7, 2025, with responses to the other side's
14 proposed class notice and notice procedures due February 10, 2025, in advance of a
15 status conference set for February 20, 2025 (Dkt. No. 167);
16    WHEREAS, in light of the new mediation date, the parties jointly request that
17 the February 7, 2025 deadline to file renewed proposed class notice and notice
18 procedures, in the event mediation is unsuccessful, be extended to April 17, 2025; that
19 the February 10, 2025 deadline to file responses to the other side's proposed class
20 notice and notice procedures be extended to April 21, 2025; and that the deadline for
21 the parties to meet and confer to propose a deadline for filing dispositive motions be
22 April 24, 2025;
23    WHEREAS, in light of the new mediation date, the parties also jointly request
24 that the February 20, 2025 status conference be continued to May 1, 2025;
25    WHEREAS, the parties believe that the proposed request advances the interests
26 of efficiency and justice, and will not prejudice the interests of either side.
27    NOW THEREFORE, IT IS HEREBY STIPULATED, by and between
28 Plaintiffs and Nutramax that the February 7, 2024 deadline to file renewed proposed

1  class notice and notice procedures be extended until April 17, 2025, with responses to
2  the other side's proposed class notice and notice procedures due April 21, 2025, the
3  deadline for the parties to meet and confer to propose a deadline for filing dispositive
4  motions be continued to April 24, 2025, and the February 20, 2025 status conference
5  be continued to May 1, 2025.

Dated: January 2, 2025                    SIDLEY AUSTIN LLP

By: /s/Amy P. Lally
    Amy P. Lally

    Sean A. Commons (SBN 217603)
    scommons@sidley.com
    Adriane Peralta (SBN 304357)
    aperalta@sidley.com
    SIDLEY AUSTIN LLP
    350 South Grand Ave.
    Los Angeles, CA 90071
    Telephone: (213) 896 6000
    Facsimile: (213) 896-6600

    Joshua A. Glikin (*pro hac vice*)
    JGlikin@shulmanrogers.com
    SHULMAN ROGERS
    1 Olympic Place, Ninth Floor
    Towson, MD 21204
    Telephone: (410) 520-1342
    Facsimile: (301) 230-2891

    *Attorneys for Defendants*
    NUTRAMAX LABORATORIES, INC.
    and NUTRAMAX LABORATORIES
    VETERINARY SCIENCES, INC.

LEVIN PAPANTONIO

By: */s/Matthew D. Schultz*
   Matthew D. Schultz

Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
LEVIN PAPANTONIO
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Daniel L. Warshaw (SBN 185365)
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs & the Class*

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Matthew D. Schultz, on whose behalf this filing is jointly submitted as counsel for Plaintiffs, concurs in this filing's content and has authorized me to file this document.

Dated: January 2, 2025                    */s/ Amy P. Lally*
                                          Amy P. Lally