1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>  Plaintiffs,<br><br>vs.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>  Defendants. | Case No. 5:19-CV-00835-FMO-SP<br><br>Assigned to Hon. Fernando M. Olguin<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING BASED ON A NEW MEDIATION DATE** |

Upon consideration of the Stipulation re Scheduling Based on a New Mediation Date ("Stipulation") and good cause appearing, it is HEREBY ORDERED the Stipulation is GRANTED. Accordingly, IT IS ORDERED THAT:

1. The upcoming status conference set for February 20, 2025 is hereby continued until **May 1, 2025, at 10:00 a.m.**

2. In the event mediation is unsuccessful, no later than **April 17, 2025**, the parties shall file renewed proposed class notice and notice procedures. Each side shall file briefing in support of their proposed notice and procedures by the deadline set forth above. In particular, the court expects the parties to address the potential issue of requiring Amazon to provide email notice. No later than **April 21, 2025**, each side may file a response to the other side's proposed class.

Dated: _____, 2025

_____
Honorable Fernando M. Olguin
United States District Court Judge