# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>                                    Plaintiff(s)<br>v.<br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.<br><br>                                    Defendant(s). | CASE NUMBER<br><br>5:19-cv-00835-FMO-SP<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

☐    Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.      Plaintiff ☒ Defendants ☐ Other

☒ to substitute    Kathy Huang    who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

350 South Grand Avenue, 51st Floor
Street Address

Los Angeles, CA 90071                      kathy.huang@alston.com
City, State, Zip                                    E-Mail Address

(310)-576-1000         (310)-576-1100         240677
Telephone Number       Fax Number           State Bar Number

As attorney of record instead of    Amy P. Lally, Sean A. Commons, and Adriane K. Peralta

List ***all*** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of:    Amy P. Lally, Sean A. Commons, and Adriane Peralta

List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for    Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences Inc.

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____    _____
U.S. District Judge/U.S. Magistrate Judge