# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiff(s)<br>v.<br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>5:19-cv-00835-FMO-SP<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

☐ Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.   Plaintiff ☒ Defendants ☐ Other

☒ to substitute   Kathy Huang   who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

350 South Grand Avenue, 51st Floor
Street Address

Los Angeles, CA 90071                        kathy.huang@alston.com
City, State, Zip                                         E-Mail Address

(310)-576-1000            (310)-576-1100            240677
Telephone Number        Fax Number              State Bar Number

As attorney of record instead of   Amy P. Lally, Sean A. Commons, and Adriane K. Peralta
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of:   Amy P. Lally, Sean A. Commons, and Adriane Peralta
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences Inc.

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **January 7, 2025**                    /s/ Fernando M. Olguin
                                                              U.S. District Judge