| Name and address: |
|---|
| Kathy Huang (SBN 240677) |
| Alston & Bird LLP |
| 350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071 Tel: 213-576-1000 / Fax: 213-576-1100 |
| Email: kathy.huang@alston.com |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiff(s),<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.<br><br>Defendant(s), | CASE NUMBER<br><br>5:19-cv-00835-FMO-SP<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Rosenberg, Jason D.
*Applicant's Name (Last Name, First Name & Middle Initial)*                check here if federal government attorney ☐

Alston & Bird LLP
*Firm/Agency Name*

| | | |
|---|---|---|
| 1201 West Peachtree Street | 404-881-7461 | 404-881-7777 |
| Suite 4900 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Atlanta, GA 30309 | jason.rosenberg@alston.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| | |
|---|---|
| Nutramax Laboratories, Inc. | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____ |
| Nutramax Laboratories Veterinary Sciences, Inc. | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| U.S. District Court, Northern District IL | 1/1/2001 | Yes. |
| U.S. Court of Appeals, 7th Circuit | 1/1/2002 | Yes. |
| U.S. District Court, Western District VA | 1/1/2004 | Yes. |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:23-cv-02366-MRA-SP | Nutramax Laboratories, Inc. et al. v. Christian Tovar | December 7, 2023 | Granted |
| 5:24-cv-01675-SSS-DTB | Nutramax Laboratories, Inc. v. Dameon Latrea Lam | August 21, 2024 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 17, 2025

Jason D. Rosenberg
Applicant's Name (please type or print)

Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Kathy Huang
*Designee's Name (Last Name, First Name & Middle Initial)*

Alston & Bird LLP
*Firm/Agency Name*

350 South Grand Avenue

51st Floor
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-576-1123
*Telephone Number*

213-576-1100
*Fax Number*

kathy.huang@alston.com
*Email Address*

240677
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  January 17, 2025

Kathy Huang
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

CONTINUED FROM SECTION I - Additional courts to which applicant has been admitted:

| Name of Court | Date of Admission | Active member in Good Standing? |
|---|---|---|
| Illinois State Bar | 2001 | Yes |
| Virginia State Bar | 2004 | Yes |
| U.S. Court of Appeals, 4th Circuit | 2004 | Yes |
| U.S. District Court, Eastern District VA | 2004 | Yes |
| U.S. District Court, Northern District GA | 2007 | Yes |
| Georgia State Bar | 2007 | Yes |
| U.S. District Court, Middle District GA | 2008 | Yes |
| Supreme Court of Georgia | 2008 | Yes |
| U.S. Court of Appeals, 2nd Circuit | 2010 | Yes |
| U.S. Court of Appeals, 11th Circuit | 2016 | Yes |
| U.S. District Court, District of Colorado | 2018 | Yes |
| U.S. Court of Appeals for the 10th Circuit | 2020 | Yes |



Lawyers Serving the Public and the Justice System

Mr. Jason Demian Rosenberg
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street Suite 4900
Atlanta, GA 30309
UNITED STATES

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 7/5/2007
**BAR NUMBER:** 510855
**TODAY'S DATE:** 01/06/2025

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Jason Demian Rosenberg

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/2001 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of January, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JASON DEMIAN ROSENBERG** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **JASON DEMIAN ROSENBERG** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 15, 2004**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued January 13, 2025

DaVida M. Davis
**Director of Regulatory Compliance**

Name and address:
Kathy Huang (SBN 240677)
Alston & Bird LLP
350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071
Tel: 213-576-1000 / Fax: 213-576-1100
Email: kathy.huang@alston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUSTIN LYTLE and CHRISTINE MUSTHALER,

Plaintiff(s)

v.

NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.

Defendant(s).

CASE NUMBER

5:19-cv-00835-FMO-SP

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Rosenberg, Jason D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

404-881-7461
*Telephone Number*

404-881-7777
*Fax Number*

jason.rosenberg@alston.com
*E-Mail Address*

Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
*Firm/Agency Name & Address*

of

for permission to appear and participate in this case on behalf of
Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Huang, Kathy
*Designee's Name (Last Name, First Name & Middle Initial)*

240677
*Designee's Cal. Bar No.*

213-576-1123
*Telephone Number*

213-576-1100
*Fax Number*

kathy.huang@alston.com
*E-Mail Address*

of

Alston & Bird LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____     _____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1