# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:19−cv−00835−FMO−SP<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  1/17/2025      182−184    Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed     Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Not signed.

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 22, 2025          By: /s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112C(10/23)      Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application