| Name and address: |
|---|
| Kathy Huang (SBN 240677) |
| Alston & Bird LLP |
| 350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071 |
| Tel: 213-576-1000 / Fax: 213-576-1100 |
| Email: kathy.nuang@alston.com |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiff(s),<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC., and NUTRAMAX LABORATORES VETERINARY SCIENCES, INC.<br><br>Defendant(s), | CASE NUMBER<br><br>5:19-CV-00835-FMO-SP<br><br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.

**SECTION I - INFORMATION**

McCall, Kara L,
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

Alston & Bird LLP
*Firm/Agency Name*

| 321 N. Clark Street, Suite 2650 | 312-702-8726 | 312-702-8777 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Chicago, IL 60654 | kara.mccall@alston.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Nutramax Laboratories, Inc. | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* |
|---|---|
| Nutramax Laboratories Veterinary Sciences, Inc. | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| USDC, ND of llinois | 11/06/2003 | Yes |
| Illinois Supreme Court | 11/09/2000 | Yes |
| Indiana State Bar | 12/14/2009 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   January 17, 2025

Kara McCall
*Applicant's Name (please type or print)*

/s/ Kara L. McCall
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Huang, Kathy

*Designee's Name (Last Name, First Name & Middle Initial)*

Alston & Bird LLP

*Firm/Agency Name*

350 S. Grand Avenue, 51st Floor

*Street Address*

Los Angeles, CA 90071

*City, State, Zip Code*

213-576-1123

*Telephone Number*

213-576-1100

*Fax Number*

kathy.huang@alston.com

*Email Address*

240677

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated January 22, 2025

Kathy Huang

*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

| Name of Court | Date of Admission | Active member in Good Standing? |
|---|---|---|
| USDC, 2nd Circuit | 10/16/2017 | Yes |
| USDC, 3rd Circuit | 05/05/2011 | Yes |
| USDC, 7th Circuit | 11/29/2000 | Yes |
| USDC, 9th Circuit | 05/09/2012 | Yes |
| USDC, ND of Indiana | 10/06/2020 | Yes |
| USDC, SD of Indiana | 05/19/2014 | Yes |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Kara Lynn McCall

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2000 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 10th day of January, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

KARA LYNN MCCALL

is a member of the bar of the Supreme Court of Indiana since admission on December 14, 2009, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 8th day of January, 2025.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court

Name and address:
Kathy Huang (SBN 240677)
Alston & Bird LLP
350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071
Tel: 213-576-1000 / Fax: 213-576-1100
Email: kathy.huang@alston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUSTIN LYTLE and CHRISTINE MUSTHALER,

Plaintiff(s)

v.

NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.

Defendant(s).

CASE NUMBER

5:19-cv-00835-FMO-SP

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McCall, Kara L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-702-8726
*Telephone Number*

312-702-8777
*Fax Number*

kara.mccall@alston.com
*E-Mail Address*

of
Alston & Bird LLP
321 N. Clark Street
Suite 2650
Chicago, IL 60654
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Huang, Kathy
*Designee's Name (Last Name, First Name & Middle Initial)*

240677
*Designee's Cal. Bar No.*

213-576-1123
*Telephone Number*

213-576-1100
*Fax Number*

kathy.huang@alston.com
*E-Mail Address*

of
Alston & Bird LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____   _____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1