Name and address:
Kathy Huang (SBN 240677)
Alston & Bird LLP
350 South Grand Avenue, 51st Floor, Los Angeles, CA
90071 Tel: 213-576-1000/Fax: 213-576-1100
Email: kathy.huang@alston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin Lytle & Christine Musthaler<br><br>Plaintiff(s),<br><br>v.<br><br>Nutramax Laboratories, Inc. & Nurtamax Laboratories Veterinary Sciences, Inc.<br><br>Defendant(s), | **CASE NUMBER**<br><br>5:19-cv-00835-FMO-SP<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Glikin, Joshua A
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Shulman Rogers, P.A.
*Firm/Agency Name*

The Banner Building                              410-520-1342              301-230-2891
1215 E. Fort Avenue, Suite 301                   *Telephone Number*        *Fax Number*
*Street Address*

Baltimore, MD 21230                              jglikin@shulmanrogers.com
*City, State, Zip Code*                                   *E-mail Address*

**I have been retained to represent the following parties:**

| | | |
|---|---|---|
| Nutramax Laboratories, Inc. | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* | |
| Nutramax Laboratories Veterinary Sciences, Inc. | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* | |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State Bar of Maryland | 12/11/2004 | Yes |
| U.S. District Court of Maryland | 6/28/2002 | Yes |
| U.S. Court of Appeals for Fourth Circuit | 5/5/2003 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:24-cv-01158-MCW | John Michael Tomberlin, Jr v. Sport Squad, Inc. et al | 8/23/2024 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated February 6, 2025

Joshua A. Glikin, Esq.
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Huang, Kathy
*Designee's Name (Last Name, First Name & Middle Initial)*

Alston & Bird LLP
*Firm/Agency Name*

350 South Grand Avenue
51st Floor
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-576-1123
*Telephone Number*

213-576-1100
*Fax Number*

kathy.huang@alston.com
*Email Address*

240677
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated   February 6, 2025

Kathy Huang
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# Supreme Court of Maryland

**Annapolis, MD**



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eleventh day of December, 2001,

## *Joshua Aaron Glikin*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the seventh day of March, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this sixth day of January, 2025.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland

# Certificate of Good Standing



## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

I, Catherine M. Stavlas, Clerk of the United States District Court for the District of Maryland, certify that Joshua Aaron Glikin, Bar No. 26852, was duly admitted to practice in this Court on 6/28/2002, and is in good standing as a member of the Bar of this Court.



Clerk of Court

Date: 1/10/2025

Marlowe Hill
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*



## CERTIFICATE OF GOOD STANDING

I, Nwamaka Anowi, Clerk of this Court, certify that _____Joshua Aaron Glikin_____ was duly admitted to practice in this Court on_____May 5, 2003_____, and is in good standing in this Court.

Dated at Richmond, Virginia, on_____1/13/2025_____.

Nwamaka Anowi
CLERK

A True Copy NWAMAKA ANOWI
Clerk of the United States Court of Appeals
for the Fourth Circuit

Nwamaka Anowi



Name and address:
Kathy Huang (SBN 240677)
Alston & Bird LLP
350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071 Tel: 213-576-1000/Fax: 213-576-1100
Email: kathy.huang@alston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Justin Lytle & Christine Musthaler

Plaintiff(s)

v.

Nutramax Laboratories, Inc. & Nurtamax Laboratories Veterinary Sciences, Inc.

Defendant(s).

CASE NUMBER

5:19-cv-00835-FMO-SP

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Glikin, Joshua A

*Applicant's Name (Last Name, First Name & Middle Initial)*

410-520-1342        301-230-2891

*Telephone Number*     *Fax Number*

jglikin@shulmanrogers.com

*E-Mail Address*

of

Shulman Rogers, P.A.
The Banner Building
1215 E. Fort Avenue, Suite 301
Baltimore, MD 21230

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Nutramax Laboratories, Inc. & Nutramax Laboratories Veterinary Sciences, Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

**and designating as Local Counsel**

Huang, Kathy

*Designee's Name (Last Name, First Name & Middle Initial)*

240677          213-576-1123        213-576-1100

*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

kathy.huang@alston.com

*E-Mail Address*

of

Alston & Bird LLP
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____                    _____
                                                U.S. District Judge/U.S. Magistrate Judge