# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JUSTIN LYTLE, et al.<br><br>Plaintiff(s), | 5:19−cv−00835−FMO−SP |
| v.<br><br>NUTRAMAX LABORATORIES, INC., et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 2/6/2025 | 193 | Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

Pro hac vice order previously granted for Joshua Glikin.

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 8, 2025        By: /s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112C(10/23)    Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application