Name and address:
Kathy Huang (SBN 240677)
Alston & Bird LLP
350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071 Tel: 213-576-1000/Fax: 213-576-1100
Email: kathy.huang@alston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin Lytle & Christine Musthaler <br><br> Plaintiff(s) <br> v. <br> Nutramax Laboratories, Inc. & Nurtamax Laboratories Veterinary Sciences, Inc. <br><br> Defendant(s). | **CASE NUMBER** <br> 5:19-cv-00835-FMO-SP <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Glikin, Joshua A  of  Shulman Rogers, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*  The Banner Building
410-520-1342   301-230-2891   1215 E. Fort Avenue, Suite 301
*Telephone Number*  *Fax Number*  Baltimore, MD 21230
jglikin@shulmanrogers.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Nutramax Laboratories, Inc. & Nutramax Laboratories Veterinary Sciences, Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Huang, Kathy   of   Alston & Bird LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   350 South Grand Avenue
240677   213-576-1123   213-576-1100   51st Floor
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Los Angeles, CA 90071
kathy.huang@alston.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  February 10, 2025         /s/ Fernando M. Olguin
                              **U.S. District Judge**

G-64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1