Kathy J. Huang (SBN 240677)
kathy.huang@alston.com
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

[Additional Counsel Listed on Signature Page]

*Attorneys for Defendants*

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | CASE NO. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE EXISTING DEADLINES**<br><br>[(Proposed) Order filed concurrently herewith] |

WHEREAS, on September 27, 2024, the Ninth Circuit Court of Appeals issued the mandate (Dkt. No. 160) in the above-referenced matter;

WHEREAS, the parties agreed to participate in mediation to explore potential settlement of the claims in this matter;

WHEREAS, the Court continued class-related deadlines while the parties engaged in potential settlement negotiations (Dkt. No. 172);

WHEREAS, the parties participated in mediation before the Honorable David Duncan on April 10, 2025;

WHEREAS, the parties reached an agreement as to the material terms of a class wide settlement of this matter;

WHEREAS, the parties jointly request that the Court vacate all existing deadlines, including the upcoming May 1, 2025 status conference (Dkt. No. 172); and

WHEREAS, the parties believe that the proposed request advances the interests of efficiency and justice, and will not prejudice the interests of either side.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. that, with the Court's approval, all existing deadlines in this matter be vacated. On or before May 14, 2025, the parties will present a joint proposed schedule for presenting a Motion for Preliminary Approval for the Court's consideration.

[Signatures on Following Page]

DATED: April 15, 2025          Respectfully submitted,

| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC | ALSTON & BIRD LLP |
| By: /s/ *Adam A. Edwards* <br>     Adam A. Edwards | By: /s/ *Scott A. Elder* <br>     Scott A. Elder |
| Gregory F. Coleman (*pro hac vice*) <br> gcoleman@milberg.com <br> Adam A. Edwards (*pro hac vice*) <br> aedwards@milberg.com <br> MILBERG COLEMAN BRYSON <br> PHILLIPS GROSSMAN PLLC <br> 800 S. Gay Street, Suite 1100 <br> Knoxville, TN 37929 <br> Telephone: (865) 247-0080 <br> Facsimile: (865) 522-0049 <br><br> Daniel K. Bryson (*pro hac vice*) <br> dbryson@milberg.com <br> MILBERG COLEMAN BRYSON <br> PHILLIPS GROSSMAN PLLC <br> 900 W. Morgan Street <br> Raleigh, NC 27603 <br> Telephone: (919) 600-5000 <br> Facsimile: (919) 600-5035 <br><br> Matthew D. Schultz (*pro hac vice*) <br> mschultz@levinlaw.com <br> LEVIN PAPANTONIO <br> 316 S. Baylen St., Suite 600 <br> Pensacola, FL 32502 <br> Telephone: (850) 435-7140 <br> Facsimile: (850) 436-6140 <br><br> Daniel L. Warshaw <br> dwarshaw@pswlaw.com <br> PEARSON WARSHAW, LLP <br> 15165 Ventura Boulevard, Suite 400 <br> Sherman Oaks, CA 91403 | John E. Stephenson, Jr. (*pro hac vice*) <br> john.stephenson@alston.com <br> Scott A. Elder (*pro hac vice*) <br> scott.elder@alston.com <br> Jason D. Rosenberg (*pro hac vice*) <br> jason.rosenberg@alston.com <br> Jenny A. Hergenrother (*pro hac vice*) <br> jenny.hergenrother@alston.com <br> Alan F. Pryor (*pro hac vice*) <br> alan.pryor@alston.com <br> ALSTON & BIRD LLP <br> 1201 West Peachtree Street Suite 4900 <br> Atlanta, GA 30309 <br> Telephone: (404) 881-7000 <br> Facsimile: (404) 881-7777 <br><br> Kara L. McCall (*pro hac vice*) <br> kara.mccall@alston.com <br> ALSTON & BIRD LLP <br> 321 North Clark Street, Suite 2650 <br> Chicago, IL 60654 <br> Telephone: (312) 702-8700 <br> Facsimile: (312) 702-8777 <br><br> Kathy J. Huang (SBN 240677) <br> kathy.huang@alston.com <br> ALSTON & BIRD LLP <br> 350 South Grand Avenue 51st Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 576-1000 <br> Facsimile: (213) 576-1100 |

Telephone: (310) 595-9662
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs
and the Certified Class*

Joshua A. Glikin (*pro hac vice*)
jglikin@shulmanrogers.com
SHULMAN ROGERS PA
The Banner Building at McHenry Row
1215 East Fort Avenue, Suite 301
Baltimore, MD 21230
Telephone: (301) 230-5200
Facsimile: (301) 230-2891

*Attorneys for Defendants*

    Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Scott A. Elder, on whose behalf this filing is jointly submitted as counsel for Defendants, concurs in this filing's content and has authorized me to file this document.

DATED: April 15, 2025

                            */s/ Adam A. Edwards*
                              Adam A. Edwards