# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | CASE NO. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO VACATE DEADLINES** |

Upon consideration of the Stipulation to Vacate Existing Deadlines (the "Stipulation") and good cause appearing, it is HEREBY ORDERED that the Stipulation is GRANTED and all upcoming deadlines are VACATED. On or before May 14, 2025, the parties shall file a proposed briefing schedule for a Motion for Preliminary Approval of the class settlement.

IT IS SO ORDERED.

DATED: _____, 2024

Honorable Fernando M. Olguin
United States District Court Judge