# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER, | CASE NO. 5:19-CV-00835-FMO-SP |
| Plaintiffs, | Assigned to: Hon. Fernando M. Olguin |
| v. | **ORDER GRANTING STIPULATION [196] TO VACATE DEADLINES** |
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., | |
| Defendants. | |

Upon consideration of the Stipulation to Vacate Existing Deadlines (the "Stipulation") and good cause appearing, it is HEREBY ORDERED that the Stipulation is GRANTED and all upcoming deadlines and hearings are VACATED. On or before May 14, 2025, the parties shall file a proposed briefing schedule for a Motion for Preliminary Approval of the class settlement.

IT IS SO ORDERED.

DATED: __April 16____, 2024

/s/
Honorable Fernando M. Olguin
United States District Judge