Gregory F. Coleman (*pro hac vice*)
gcoleman@milberg.com
Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

[Additional Counsel Listed
on Signature Page]

*Attorneys for Plaintiffs*
*and the Certified Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER, | CASE NO. 5:19-CV-00835-FMO-SP |
| Plaintiffs, | Assigned to: Hon. Fernando M. Olguin |
| v. | **[PROPOSED] BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., | |
| Defendants. | |

On April 16, 2025, the Court vacated all existing deadlines and ordered the Parties to submit a proposed briefing schedule for Plaintiffs' Motion for Preliminary Approval of the Class Settlement (Dkt. No. 197). The Parties have met and conferred regarding briefing of Plaintiffs' forthcoming Motion for Preliminary Approval. The Parties jointly propose the following briefing schedule for the Motion:

| Deadline | Date |
|---|---|
| Plaintiffs to submit their Motion for Preliminary Approval | July 14, 2025 |
| Defendants to submit their Response or Non-Opposition to the Motion for Preliminary Approval | August 13, 2025 |
| Plaintiffs to submit their Reply in Support of their Motion for Preliminary Approval | September 3, 2025 |

DATED:  May 14, 2025

Respectfully submitted,

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

By: /s/ *Adam A. Edwards*
        Adam A. Edwards

Gregory F. Coleman (*pro hac vice*)
gcoleman@milberg.com
Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

[PROPOSED] BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL

Daniel K. Bryson (*pro hac vice*)
dbryson@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
LEVIN PAPANTONIO
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs*
*and the Certified Class*

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Alan F. Pryor, on whose behalf this filing is jointly submitted as counsel for Plaintiffs, concurs in this filing's content and has authorized me to file this document.

DATED:  May 14, 2025                    */s/ Adam A. Edwards*
                                        Adam A. Edwards

[PROPOSED] BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL