# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | CASE NO. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Having considered the Parties proposed briefing schedule relating to Plaintiffs' Motion for Preliminary Approval of the Class Settlement, the Court sets the following deadlines relating to that Motion:

| Deadline | Date |
| --- | --- |
| Plaintiffs to submit their Motion for Preliminary Approval | July 14, 2025 |
| Defendants to submit their Response or Non-Opposition to the Motion for Preliminary Approval | August 13, 2025 |
| Plaintiffs to submit their Reply in Support of their Motion for Preliminary Approval | September 3, 2025 |
| Motion Hearing Date | September 18, 2025 |

SO ORDERED, this 16th day of May, 2025.

/s/

FERNANDO M. OLGUIN

U.S. DISTRICT JUDGE