Gregory F. Coleman (*pro hac vice*)
gcoleman@milberg.com
Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Certified Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | CASE NO. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

On May 14, 2025, the Parties proposed a briefing schedule for Plaintiffs' Motion for Preliminary Approval of the Class Settlement (Dkt. 198), which the Court granted (Dkt. 199).

Since that time, the Parties have continued to work cooperatively to finalize the Settlement Agreement, as well as meet and confer regarding issues with administration of the Settlement. Given these continuing meet and confer efforts, the Parties have agreed to extend (with the Court's approval) the briefing schedule for the forthcoming Motion for Preliminary Approval. The Parties jointly propose extending the briefing schedule for the Motion by fourteen (14) days, as follows:

| Event | Existing Deadline | Extended Deadline |
| --- | --- | --- |
| Plaintiffs to submit their Motion for Preliminary Approval | July 14, 2025 | July 28, 2025 |
| Defendants to submit their Response to the Motion for Preliminary Approval, if any | August 13, 2025 | August 27, 2025 |
| Plaintiffs to submit their Reply in Support of their Motion for Preliminary Approval | September 3, 2025 | September 17, 2025 |
| Hearing on Plaintiffs' Motion for Preliminary Approval, if necessary | At the Court's discretion following the close of briefing | At the Court's discretion following the close of briefing |

DATED: July 2, 2025

Respectfully submitted,

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC

By: /s/ *Adam A. Edwards*
       Adam A. Edwards

Gregory F. Coleman (*pro hac vice*)
gcoleman@milberg.com
Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel K. Bryson (*pro hac vice*)
dbryson@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
LEVIN PAPANTONIO
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400

3

[PROPOSED] BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL

Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs
and the Certified Class*

     Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Jenny A. Hergenrother, on whose behalf this filing is jointly submitted as counsel for Defendants, concurs in this filing's content and has authorized me to file this document.

DATED: July 2, 2025            */s/ Adam A. Edwards*
                                                  Adam A. Edwards