# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | CASE NO. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**ORDER ON STIPULATION [200] EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Having considered the Parties' Joint Stipulation Extending the Briefing Schedule for Plaintiffs' Motion for Preliminary Approval, the Court GRANTS the Joint Stipulation and ORDERS that the briefing schedule be extended as follows:

| **Deadline** | **Date** |
| --- | --- |
| Plaintiffs to submit their Motion for Preliminary Approval | July 28, 2025 |
| Defendants to submit their Response to the Motion for Preliminary Approval, if any | August 27, 2025 |
| Plaintiffs to submit their Reply in Support of their Motion for Preliminary Approval | September 17, 2025 |
| Hearing on Plaintiffs' Motion for Preliminary Approval, if necessary | October 2, 2025 at 10:00 AM |

SO ORDERED, this 7th day of July, 2025.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE