Gregory F. Coleman (*pro hac vice*)
gcoleman@milberg.com
Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
   PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs
and the Certified Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | Case No. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**DECLARATION OF PLAINTIFF JUSTIN LYTLE IN SUPPORT OF SETTLEMENT** |

1. I, Justin Lytle, pursuant to 28 U.S.C. § 1746, hereby certify under penalty of perjury, that the following statements are true and correct, to the best of my knowledge and belief:

    1. I am an adult resident and citizen of the State of California. I have served as a Plaintiff and (putative) class representative in this case since its inception in May 2019.

    2. I have assisted in the litigation of this action by providing factual information for the class complaint; participating in discovery by responding to discovery requests (including answers to interrogatories and five separate requests for production of documents) and by sitting for deposition; and by maintaining consistent contact with counsel regarding the status of the case from presuit to the present.

    3. I have reviewed and hereby approve the Proposed Agreement of Compromise and Settlement, Plaintiff's Notice and Unopposed Motion for Preliminary Approval of Class Settlement, and the Declaration of Class Counsel in Support of Preliminary Approval of Class Action Settlement.

This <u>27th</u> day of July, 2025.

_____
JUSTIN LYTLE
Plaintiff & Class Representative