Gregory F. Coleman (*pro hac vice*)
gcoleman@milberg.com
Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pswlaw.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs
and the Certified Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | Case No. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**SUPPLEMENT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1

SUPPLEMENT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 5:19-CV-00835-FMO-SP

On July 28, 2025, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement. ECF No. 203. Included with that filing was a copy of the Proposed Settlement, a Class Counsel Declaration, and Declarations from the Class Representatives. ECF Nos. 203-1 through 203-4. Plaintiffs, however, inadvertently failed to include the Declaration of Cameron R. Azari, Esq. Regarding the Notice Plan. Mr. Azari represents Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the proposed Settlement Administrator, and describes various details regarding the proposed Notice Plan. A copy of this Declaration is attached here and supplements Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Moreover, as Plaintiffs explained in their Unopposed Motion, at the time of filing, the Parties were still "in the process of finalizing the Claim Form" for this Proposed Settlement. ECF No. 203, at 4 n.2. The Parties have since finalized the Claim Form, which is attached here as **Exhibit 2** (continuing the numbering of exhibits attached to the Class Counsel Decl., ECF No. 203-1) and supplements Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Dated: July 29, 2025

/s/ *Adam A. Edwards*
Gregory F. Coleman (*pro hac vice*)
gcoleman@milberg.com
Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel K. Bryson (*pro hac vice*)
dbryson@milberg.com
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000

2

SUPPLEMENT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 5:19-CV-00835-FMO-SP

Facsimile: (919) 600-5035

Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
**LEVIN PAPANTONIO**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Daniel L. Warshaw
dwarshaw@pswlaw.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

*Attorneys for Plaintiffs
and the Certified Class*

3

SUPPLEMENT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 5:19-CV-00835-FMO-SP