# EXHIBIT 2

Claims can be submitted electronically at www.

Lytle v. Nutramax Settlement Administrator
PO Box 3167
Portland, OR 97208-3167

# *Justin Lytle v. Nutramax Laboratories, Inc.*
Case No. 5:19-CV-00835-FMO-SP
US District Court, Central District of California

# CLAIM FORM INSTRUCTIONS

You must submit a timely and valid Claim Form by **XXXX ,** to receive a Settlement Payment.

## WHY SHOULD I FILE A CLAIM?

Class members who submit a timely and valid Claim Form are eligible for a Settlement Payment of up to $25 for each unit of Cosequin® Products (defined below) purchased between May 3, 2016, and May 6, 2022, up to a maximum of $150. **Each Household is limited to and may only submit one single Claim Form.** For purposes of the Settlement, Household is defined as all persons living at the same physical address.

If the total value of all valid Claims Forms exceeds the funds available for distribution to Class Members, then the amounts of the payments to Class Members will be reduced as necessary on a "*pro rata*" basis. Any such *pro rata* adjustment will be calculated before funds are distributed. In that case, the adjustment would be automatic, and you would not be required to submit another claim or re-submit a claim.

## WHO CAN MAKE A CLAIM?

All Class Members residing in California who purchased the following canine Cosequin® Products for personal use: Cosequin® DS Maximum Strength Chewable Tablets; Cosequin® DS Maximum Strength Plus MSM Chewable Tablets; and Cosequin® DS Maximum Strength Plus MSM Soft Chews between May 3, 2016 and May 6, 2022.

## HOW TO MAKE A CLAIM

You can either:

(1) <u>File Online</u>: File online at www; or

(2) <u>File by Mail</u>: Fill out, sign, and return this form to: Lytle v. Nutramax Settlement Administrator, P.O. Box 3167, Portland, OR 97208-3167.

*For more information, visit www.  or call*
*The deadline to submit a Claim Form is **XXX***

1

LEGAL02/46405322v1

Claims can be submitted electronically at www.

**You must sign and complete the entire Claim Form.**

**Claims must be submitted online or postmarked by xxx**

**ALL CLAIMS ARE SUBJECT TO VERIFICATION.**

**PLEASE KEEP A COPY OF YOUR COMPLETED CLAIM FORM FOR YOUR RECORDS.**

*For more information, visit <u>www.</u> or call*
*The deadline to submit a Claim Form is **XXX***

Claims can be submitted electronically at www.

| | |
|---|---|
| **CLAIM FORM** | |
| *Your claim must be either submitted online or postmarked and mailed by: Month x, 202x* | Lytle v. Nutramax Settlement Administrator, P.O. Box 3167, Portland, OR 97208-3167 Website: www; |

### SECTION A: NAME AND CONTACT INFORMATION

Provide your name and contact information below. It is your responsibility to notify the Settlement Administrator of any changes to your contact information after the submission of your Claim Form.

First Name:*

Last Name:*

Physical Address 1 (Street Address, Including Apartment or Unit Number):*

Address 2:

City:*

State:*   ZIP Code:*

Email Address:*

### SECTION B: PURCHASE INFORMATION

List in the box below the total number of units of applicable Cosequin® products (Cosequin® DS Maximum Strength Chewable Tablets; Cosequin® DS Maximum Strength Plus MSM Chewable Tablets; and Cosequin® DS Maximum Strength Plus MSM Soft Chews) that you purchased in California between May 3, 2016, and May 6, 2022:*

[ ] Units

*For more information, visit www.  or call
The deadline to submit a Claim Form is **XXX***

3

Claims can be submitted electronically at www.

**IF** your Household address at the time of purchase of applicable Cosequin® Products during the Class Period **is different than the address provided above**, provide your Household address at the time of purchase below:

Household Address 1 (Street Address, Including Apartment or Unit Number):

Address 2:

City:

State:        ZIP Code:

## SECTION C: CERTIFICATION

**\*By signing below, I certify that the information provided in this Claim Form is true and correct to the best of my knowledge, information, and belief. I understand the Settlement Administrator may contact me to request further verification of the information provided in this Claim Form.**

**I also certify that between May 3, 2016 and May 6, 2022, I resided in California, and I purchased canine Cosequin® products (Cosequin® DS Maximum Strength Chewable Tablets, Cosequin® DS Maximum Strength Plus MSM Chewable Tablets, or Cosequin® DS Maximum Strength Plus MSM Soft Chews) for personal use.**

Signature:* _____    Date:*_____

Full Printed Name:* _____

*For more information, visit www.  or call*
*The deadline to submit a Claim Form is **XXX***
4
LEGAL02/46405322v1