UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-0835 FMO (SPx) | Date | October 9, 2025 |
|---|---|---|---|
| Title | Justin Lytle, et al. v. Nutramax Laboratories, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Miriam Baird | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| None Present | Kathy J. Huang |

**Proceedings:** **Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [203] (Held & Continued)**

The court and counsel confer regarding the pending motion.

The court set plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. 203, "Motion") for hearing on October 9, 2025. Counsel for Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. ("defendants") appeared. The court notes for the record that plaintiffs' counsel did not appear. Accordingly, IT IS ORDERED THAT:

1. The hearing on plaintiffs' Motion is rescheduled for **October 30, 2025, at 10:00 a.m.** Counsel for the parties are required to appear **in person** at Courtroom 6D, 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012. Adam A. Edwards, plaintiffs' counsel, shall be present at the rescheduled hearing. Virtual appearances will not be allowed.

2. Plaintiffs are reminded that local counsel has been designated in this case, (see Dkt. 19, Court's Order of May 9, 2019); (Dkt. 24, Court's Order of May 16, 2019), and are bound by Local Rule 83-2.1.3.4, which requires local counsel to be an attorney "with whom the Court and opposing counsel may readily communicate regarding the conduct of the case[.]" Local counsel also failed to appear at today's hearing. The court orders plaintiffs' counsel and local counsel to comply with Local Rule 83-2.1.3.4 moving forward.

3. As the court made clear when appointing class counsel, it expects counsel and plaintiffs to "prosecute the action vigorously on behalf of the class." (Dkt. 146, Court's Order of May 6, 2022, at 22). Failure to comply with this Order and appear in person at the hearing on October 30, 2025, may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

|  | 00 | : | 05 |
|---|---|---|---|
| | Initials of Preparer | | vdr |