# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Kathy Huang | 2a. Contact Phone Number: 213-576-1123 | 3a. Contact E-mail Address: kathy.huang@alston.com |
| 1b. Attorney Name (if different): same as above | 2b. Attorney Phone Number: same as above | 3b. Attorney E-mail Address: same as above |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309

**5. Name & Role of Party Represented:** Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (Defendants)

**6. Case Name:** Lytle, et al. v. Nutramax Laboratories, Inc., et al.

**7a. District Court Case Number:** 5:19-cv-00835-FMO-SP
**7b. Appeals Court Case Number:** n/a

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miriam Baird

**9. THIS TRANSCRIPT ORDER IS FOR:**
☐ Appeal   ☒ Non-Appeal      ☐ Criminal   ☒ Civil      ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09/2025 | 206 | F. Olguin | Motion Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: October 16, 2025    Signature: /s/ Kathy Huang

G-120 (06/18)