# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-00835 FMO (SPx) | Date | October 30, 2025 |
|---|---|---|---|
| Title | Justin Lytle, et al. v. Nutramax Laboratories, Inc., et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:

Daniel Warshaw
Adam Edwards
Matthew Schultz

Attorney Present for Defendants:

Kathy J. Huang
John E. Stephenson, Jr.

**Proceedings:** **Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement [203]**

The court and counsel confer regarding the pending motion.

The Motion for Preliminary Approval of Class Settlement **(Document No. 203)** is **denied without prejudice** for the reasons stated on the record. Counsel shall file a renewed motion and revised settlement agreement no later than **December 4, 2025**.

IT IS SO ORDERED.

|  | 00 | : | 26 |
|---|---|---|---|
| Initials of Preparer | | | vdr |