Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pwfirm.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-81014

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Certified Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | Case No. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**PLAINTIFFS' NOTICE OF AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, should the Court wish to hold another hearing, on January 8, 2026, at 10:00 a.m. PT, or as soon thereafter that the matter may be heard, in the Courtroom of the Honorable Fernando M. Olguin, of the United States District Court for the Central District of California, located in Courtroom 6D on the 6th Floor, 350 W. 1st Street, Los Angeles, CA 90012, Plaintiffs Justin Lytle and Christine Musthaler ("Plaintiffs") will and hereby do move, pursuant to Federal Rule of Civil Procedure 23, this Court for an Order (1) preliminarily approving the Proposed Settlement settling their claims, both on behalf of themselves and on behalf of a Settlement Class of similarly situated individuals; (2) directing notice to the Settlement Class; and (3) scheduling a final approval hearing.[1] As discussed more fully in the previously filed Amended Motion and its attached Memorandum of Points and Authorities, *see* ECF No. 213, following the Court's certification of Plaintiffs' claims, ECF No. 146, the Parties have negotiated a Settlement that provides substantial compensation to consumers who purchased Cosequin® canine joint health supplements developed, manufactured, and sold by Defendants Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, "Nutramax"). Plaintiffs have alleged in their Complaint that the Cosequin® Products (defined herein) make incomplete, inaccurate, and misleading claims, allegations that Nutramax have and continue to deny. The Proposed Settlement will provide meaningful relief to Class Members for the purchase of these Cosequin® Products. The proposed notice program, which was negotiated and agreed to by the Parties, includes social media and print notice, and thereby provides the best notice practicable under the circumstances.

Plaintiffs originally brought an Unopposed Motion for Preliminary Approval of Class Action Settlement on July 28, 2025. ECF No. 203. On October 30, 2025, the Court held a hearing

---

[1] Plaintiffs originally filed their Notice of Motion and Amended Motion on December 4, 2025. ECF No. 213. Plaintiffs bring this Notice separately to ensure that the Motion is included on the Court's calendar.

on that Motion, during which the Court identified certain issues concerning the proposed settlement that the Parties should further address. ECF No. 208. The Court denied the Motion without prejudice and granted the Parties leave to file a renewed motion for preliminary approval by December 4, 2025. ECF No. 210. Following that hearing, the Parties have met and conferred regarding the Proposed Settlement in an effort to address each of the issues identified by the Court.

Plaintiffs have brought their Amended Motion, which remains unopposed by Nutramax, to respectfully request that the Court grant preliminary approval of the Proposed Settlement, direct notice to the proposed Settlement Class, and schedule a final approval hearing.

Dated: December 9, 2025

/s/ *Matthew D. Schultz*
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
**LEVIN PAPANTONIO**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
**MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104`

*Attorneys for Plaintiffs
and the Certified Class*

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schultz, hereby certify that on December 9, 2025, I caused a true and correct copy of the foregoing Plaintiffs' Notice of Amended Motion for Preliminary Approval of Class Action Settlement to be served upon the following by electronic mail:

> Kathy J. Huang (SBN 240677) (kathy.huang@alston.com)
> John E. Stephenson, Jr. (john.stephenson@alston.com)
> Scott A. Elder (scott.elder@alston.com)
> Jason D. Rosenberg (jason.rosenberg@alston.com)
> Jenny A. Hergenrother (jenny.hergenrother@alston.com)
> Alan F. Pryor (alan.pryor@alston.com)
> Kara L. McCall (kara.mccall@alston.com)
> Joshua A. Glikin (jglikin@shulmanrogers.com)

*Attorneys for Defendants*

/s/ *Matthew D. Schultz*
Matthew D. Schultz

*Attorney for Plaintiffs
and the Certified Class*