UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>    Plaintiffs,<br>   v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>    Defendants. | Case No. 5:19-CV-00835-FMO-SP |

**SUPPLEMENTAL DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE**

I, KYLE S. BINGHAM, hereby declare and state as follows:

1.  My name is KYLE S. BINGHAM. I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.  I am the Senior Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans. I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 600 class action settlements.

3.  Epiq is a firm with more than 25 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4.      Previously, I executed a *Declaration of Kyle S. Bingham on Implementation of CAFA Notice* on August 15, 2025, which described the CAFA Notice mailing sent on August 15, 2025.

5.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

6.      At the direction of counsel for Defendants Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., two federal and state officials (the Attorney General of the United States and the Attorney General of California) were identified to receive CAFA notice.

7.      On December 12, 2025, Epiq sent two CAFA Notice Packages ("Notice"). The Notices were sent via United Parcel Service ("UPS") to the Attorney General of the United States and the Attorney General of California. The CAFA Notice Service List is included as **Attachment 1**.

8.      The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case. The Cover Letter is included as **Attachment 2**.

9.      The cover letter was accompanied by a CD, which included the following:

  a.  **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

   - Class Action Complaint (filed May 3, 2019);
   - First Amended Class Action Complaint (filed June 26, 2019); and
   - Second Amended Class Action Complaint (filed October 11, 2019).

  b.  **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

- Publication Notice *(Exhibit A-1 to the Proposed Agreement of Compromise and Settlement);*

- Email Notice *(Exhibit A-2 to the Proposed Agreement of Compromise and Settlement);*

- Posted Notice *(Exhibit A-3 to the Proposed Agreement of Compromise and Settlement);* and

- Claim Form *(Exhibit A-4 to the Proposed Agreement of Compromise and Settlement).*

c. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents were included:

- Plaintiffs' Notice Amended of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement;

- Amended Declaration of Class Counsel in Support of Preliminary Approval of Class Action Settlement;

  o Proposed Agreement of Compromise and Settlement (*Exhibit 1 to Amended Class Counsel's Declaration*);

    - [Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement (*Exhibit A to the Proposed Agreement of Compromise and Settlement*);

    - Publication Notice *(Exhibit A-1 to the Proposed Agreement of Compromise and Settlement);*

    - Email Notice *(Exhibit A-2 to the Proposed Agreement of Compromise and Settlement);*

    - Posted Notice *(Exhibit A-3 to the Proposed Agreement of Compromise and Settlement);*

    - Claim Form *(Exhibit A-4 to the Proposed Agreement of Compromise and Settlement);*

SUPPLEMENTAL DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

3

- Amended Declaration of Cameron R. Azari, Esq. Regarding Notice Plan;

- Declaration of Plaintiff Justin Lytle in Support of Settlement;

- Declaration of Plaintiff Christine Musthaler in Support of Settlement; and

- Plaintiffs' Notice of Amended Motion for Preliminary Approval of Class Settlement*)*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2025.

_____
KYLE S. BINGHAM

# Attachment 1

## CAFA Notice Service List

**UPS**

| Appropriate Official | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Pamela Bondi | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |

# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

December 12, 2025

**VIA UPS**

**Class Action Fairness Act – Notice to Federal and State Officials**

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively "Defendants") relating to the proposed settlement of a class action lawsuit.

- **Case:** *Justin Lytle and Christine Musthaler v. Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.,* Case No. 5:19-cv-00835.

- **Court:** United States District Court for the Central District of California.

- **Defendants:** Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

     - Class Action Complaint (filed May 3, 2019);

     - First Amended Class Action Complaint (filed June 26, 2019); and

     - Second Amended Class Action Complaint (filed October 11, 2019).

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has scheduled another hearing on January 8, 2026, at 10:00 a.m. PT in the Courtroom of the Honorable Fernando M. Olguin, of the United States District Court for the Central District of California, located in Courtroom 6D on the 6th Floor, 350 W. 1st Street, Los Angeles, CA 90012.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

     - Publication Notice *(Exhibit A-1 to the Proposed Agreement of Compromise and Settlement);*

     - Email Notice *(Exhibit A-2 to the Proposed Agreement of Compromise and Settlement);*

     - Posted Notice *(Exhibit A-3 to the Proposed Agreement of Compromise and Settlement);* and

     - Claim Form *(Exhibit A-4 to the Proposed Agreement of Compromise and Settlement).*

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

   - Plaintiffs' Notice Amended of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement;

   - Amended Declaration of Class Counsel in Support of Preliminary Approval of Class Action Settlement;

     - Proposed Agreement of Compromise and Settlement (*Exhibit 1 to Amended Class Counsel's Declaration*);

       - [Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement (*Exhibit A to the Proposed Agreement of Compromise and Settlement*);

       - Publication Notice *(Exhibit A-1 to the Proposed Agreement of Compromise and Settlement);*

       - Email Notice *(Exhibit A-2 to the Proposed Agreement of Compromise and Settlement);*

       - Posted Notice *(Exhibit A-3 to the Proposed Agreement of Compromise and Settlement);*

       - Claim Form *(Exhibit A-4 to the Proposed Agreement of Compromise and Settlement);*

   - Amended Declaration of Cameron R. Azari, Esq. Regarding Notice Plan;

   - Declaration of Plaintiff Justin Lytle in Support of Settlement;

   - Declaration of Plaintiff Christine Musthaler in Support of Settlement; and

   - Plaintiffs' Notice of Amended Motion for Preliminary Approval of Class Settlement.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** There are no other Settlements or Agreements between the parties.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:** To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The Settlement Class includes all persons residing in California who purchased during the limitations period the following canine Cosequin® products for personal use:
   - Cosequin® DS Maximum Strength Chewable Tablets;
   - Cosequin® DS Maximum Strength Plus MSM Chewable Tablets;
   - Cosequin® DS Maximum Strength Plus MSM Soft Chews;
   - Cosequin® Maximum Strength Plus MSM Chewable Tablets;

- Cosequin® with MSM Chewable Tablets;
- Cosequin® Maximum Strength Plus MSM Soft Chews; and
- Cosequin® with MSM Soft Chews.

At this time, the defendants cannot feasibly determine the names of the class members residing in California and therefore cannot feasibly estimate the proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. §1715(b)(7)(A) and (B).

8. **Per 28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** To date, the Court has not issued a final order or judgment in the above-referenced action.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures