UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-00835 FMO (SPx) | Date | January 8, 2026 |
|---|---|---|---|
| Title | Justin Lytle, et al. v. Nutramax Laboratories, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Maria Bustillos | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| Daniel Warshaw<br>Adam Edwards<br>Matthew Schultz | Kathy J. Huang<br>Scott Elder |

**Proceedings:** **Plaintiffs' Amended Motion for Preliminary Approval of Class Settlement [213]**

The court and counsel confer regarding the pending motion.

Plaintiffs shall lodge an amended proposed settlement agreement correcting the deficiencies stated on the record no later than **January 13, 2026**. The Amended Motion for Preliminary Approval of Class Settlement **(Document No. 213)** will be taken under submission once the amended agreement has been lodged.

IT IS SO ORDERED.

|  | 00 | : | 06 |
|---|---|---|---|
| Initials of Preparer | | | vdr |