Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pwfirm.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Certified Class*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | Case No. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**NOTICE OF LODGING PROPOSED AMENDED AGREEMENT OF COMPROMISE AND SETTLEMENT** |

# NOTICE OF LODGING PROPOSED AMENDED AGREEMENT OF COMPROMISE AND SETTLEMENT

PLEASE TAKE NOTICE that on this 13th day of January, 2026, Plaintiffs hereby lodge the Proposed Amended Agreement of Compromise and Settlement, submitted for the Court's review in connection with Plaintiffs' Amended Motion and Unopposed Amended Motion for Preliminary Approval of Class Settlement [ECF No. 213].

This Proposed Amended Agreement of Compromise and Settlement is being lodged in compliance with the Court's January 8, 2026 Order [ECF No. 216].

Dated: January 13, 2026

/s/ *Adam A. Edwards*
Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
**LEVIN PAPANTONIO**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Daniel L. Warshaw
dwarshaw@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs and the Certified Class*