# EXHIBIT 3

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Counsel for Plaintiffs &*
*the Certified Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>               Plaintiffs,<br><br>vs.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>               Defendants. | Case No.: 5:19-cv-00835-FMO (SPx)<br><br>**DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS** |

1056898.2

Daniel L. Warshaw declares:

1.     I am a partner at the law firm of Pearson Warshaw, LLP ("PW"). *See* Firm Resume attached hereto as Exhibit A. I submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees, Costs, and Class Representative Service Awards, and in connection with services rendered and expenses incurred by my firm in connection with this Action.

2.     My firm acted as local counsel to Plaintiffs in this Action since its inception. PW, as well as Class Counsel, were retained and took this Action on a purely contingent basis, with no assurance of recovery of litigation costs or attorneys' fees. My firm has received no compensation for the outlay of attorney time or for the expenses it has incurred.

3.     This declaration generally summarizes the work performed by PW for Plaintiff and the Class in this Action. As demonstrated below, PW has worked diligently to perform tasks throughout the entire course of this Action.

4.     During the period from case inception through the current date, my firm, in collaboration with co-counsel conducted the following activities for the common benefit of Plaintiff:

    a.  investigated the potential claims against Defendant, and reviewed and filed the Class Action Complaint;

    b.  monitored Court deadlines and reviewed pleadings;

    c.  strategized with co-counsel regarding substantive pleadings, including during the appeal to the Ninth Circuit;

    d.  worked on settlement issues including the settlement agreement; and

    e.  worked on the Motion for Preliminary Approval of Class Action Settlement, which was ultimately granted when the Court preliminarily approved the Settlement;

5.    The total number of hours expended on this Action by PW from case inception through March 31, 2026 is 53.9 hours. The total lodestar for PW in this time period based on current billing rates is $74,602.50.

6.    The total number of hours was determined by the examination of daily time records regularly prepared and maintained by PW. PW's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys, and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. Class Counsel will likely expend several dozen of additional hours bringing the Settlement through completion.

7.    The PW attorneys billed this case at their usual and customary hourly billing rates, which are commensurate with the prevailing market rates for services by lawyers in the community of reasonably comparable skill, experience, and reputation handling complex litigation, and which have been presented to courts in similar complex class action lawsuits, as follows:

a.    *In re Pork Antitrust Litig.*, Case No. 18-cv-01776 (JRT-HB) (D. Minn.). In 2025, Judge John R. Tunheim issued an attorneys' fee award on a motion for interim payment of attorneys' fees finding that the following PW rates were reasonable: $1,500 Daniel L. Warshaw, and $925 for Michael H. Pearson.

b.    *Freeman v. MAM USA Co.*, Case No. 24-LA-1014 (Circuit Court for the 20th Judicial Circuit, County of St. Clair, State of Illinois). In 2024, Judge Heinz Rudolf issued an attorneys' fees award finding that the following PW rates were reasonable: $1,500 Daniel L. Warshaw, and $925 for Michael H. Pearson.

c.    *Gupta v. Aeries Software, Inc.*, Case No. 8:20-cv-00995-FMO (C.D. Cal.). In 2022, this Court issued an attorneys' fees award finding that the following PW rates were reasonable: $1,250

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR FEES, COSTS, EXPENSES AND SERVICE AWARD

Daniel L. Warshaw.

d.    *In re Fairlife Milk Products and Sales Practices Litig.*, Case No. MDL No. 2909 (N.D. Ill.). In 2022, Judge Robert M. Dow, Jr. issued an attorneys' fees award finding that the following PW rates were reasonable: $1,190 for Daniel L. Warshaw, and $800 for Michael H. Pearson.

e.    *Aaron Senne et al. v. Office of the Commissioner of Baseball et al.*, Case No. 3:14-cv-00608 (N.D. Cal.). In 2022, Magistrate Judge Joseph C. Spero issued an attorneys' fees award finding that the following PW rates were reasonable: $1,250 for Daniel L. Warshaw, and $800 for Michael H. Pearson.

f.    *In Re Broiler Chicken Antitrust Litig.*, Case No. 16 C 8637 (N.D. Ill.). In 2021, Judge Thomas M. Durkin issued an attorneys' fees award finding that the following PW rates were reasonable: $1,190 for Daniel L. Warshaw, and $625 for Michael H. Pearson.

g.    *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, Case No. 1:14-cv-04391-VSB (S.D.N.Y.). In 2021, Judge Vernon S. Broderick issued an attorneys' fees award finding that the following PW rates were reasonable: $1,190 Daniel L. Warshaw.

8.    The following is a summary indicating the amount of time spent by the partners, attorneys, and other professional support staff of my firm who have been involved in this Action, and the lodestar calculation is based on current hourly billing rates from case inception through March 31, 2026, and the experience of each attorney is identified in PW's resume:

1056898.2

4

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR FEES, COSTS, EXPENSES AND SERVICE AWARD

| Professional | Title | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel L. Warshaw | Senior Partner | $1,500.00 | 49.0 | $73,500.00 |
| Ellowene Grant | Paralegal | $225.00 | 4.90 | $1,102.50 |
| **TOTAL** | | | **53.90** | **$74,602.50** |

9. As detailed in the following table, PW has incurred a total of $1,918.83 in unreimbursed Litigation Costs and Expenses during the period from case inception through March 31, 2026:

| Costs | Amount |
|---|---|
| Court Fees | $1,637.75 |
| Delivery Services/Messengers | $123.89 |
| Online Research | $60.06 |
| Local and Out-of-Town Travel | $97.13 |
| **TOTAL** | **$1,918.83** |

10. The costs incurred in this Action are reflected on the books and records of my firm. These books and records are prepared from cost invoices, check records, and other source materials and represent an accurate recordation of the costs incurred.

11. Class Counsel necessarily must still: (1) prepare for and attend the Final Approval Hearing, including the research and drafting of the reply papers and responses to objections; (2) continue to respond to inquiries from Settlement Class Members; (3) oversee the Settlement through final approval of distribution of the common fund; (4) oversee the Claims administration process, including addressing any Claim review issues; and (5) handle any appeals. Based upon experience, this could amount to several dozen of additional hours of attorney time.

12. PW has the experience, resources, and ability to adequately represent the Settlement Class Members in this class action lawsuit.

13. PW's firm resume reflects that the attorneys in this case have

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR FEES, COSTS, EXPENSES AND SERVICE AWARD

successfully adjudicated important class action lawsuits in the United States and have obtained billions of dollars in settlements and verdicts in a wide range of cases. PW's attached firm resume identifies many of those cases. *See* Ex. A.

14. For example, PW served as Co-Lead Counsel in *In re Credit Default Swaps Antitrust Litigation*, MDL No. 2476 (S.D.N.Y.), an antitrust class action alleging an anticompetitive conspiracy by the largest international banks and financial institutions in the world to fix the price of credit default swaps. That case resulted in $1.86 billion in settlements, making it one of the largest civil lawsuit recoveries in history.

15. PW also served as Co-Lead Counsel on behalf of the Direct Purchaser Plaintiffs in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.). In that case, we helped secure a settlement of over $400 million for the Class and obtained an $87 million verdict, before trebling, following a five-week trial against the only remaining defendant in the case, Toshiba Corporation and its related entities.

16. PW attorneys served as class counsel in *James v. UMG Recordings, Inc.*, Case No. 11-cv-01613-SI (N.D. Cal.) and *In re Warner Music Group Corp. Digital Downloads Litigation*, Case No. 12-cv-0559-RS (N.D. Cal.), nationwide class actions brought on behalf of recording artists and producers who alleged that they were systematically underpaid royalties by the record companies UMG Recordings and Warner Music Group. In groundbreaking class action settlements, PW helped secure both past relief and future relief in perpetuity for eligible class members who receive royalties from the defendant record companies.

17. PW also served as counsel in a series of related class action lawsuits arising from the failure of major movie studios to adequately account for and pay home video revenue to profit participants, which resulted in class action settlements in the following cases:

a. *Colin Higgins Productions, Ltd. v. Universal City Studios, LLC*

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR FEES, COSTS, EXPENSES AND SERVICE AWARD

(L.A. Super. Ct. Case No. BC499180);

    b. *Colin Higgins Productions, LTD. v. Paramount Pictures Corporation* (L.A. Super. Ct. Case No. BC499179);

    c. *Martindale, et al. v. Sony Pictures Entertainment, Inc.* (L.A. Super. Ct. Case No. BC499182); and

    d. *Stanley Donen Films, Inc. v. Twentieth Century Fox Film Corporation* (L.A. Super. Ct. Case No. BC499181).

18.    In addition to those listed above, PW has served as lead or co-lead counsel in some of the most advanced and cutting-edge class actions in the country, including: *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420 (N.D. Cal.); *In re Potash Antitrust Litigation (II)*, MDL No. 1996 (N.D. Ill.); *In re Carrier IQ Consumer Privacy Litigation*, MDL No. 2330 (N.D. Cal.); and *Gupta v. Aeries Software, Inc.*, Case No. 8:20-cv-00995-FMO (C.D. Cal.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of April, 2026, at Sherman Oaks, California.

                                     */s/ Daniel L. Warshaw*
                                       Daniel L. Warshaw

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR FEES, COSTS, EXPENSES AND SERVICE AWARD

# EXHIBIT A

# PW PEARSON WARSHAW

| LOS ANGELES | SAN FRANCISCO | MINNEAPOLIS |
|---|---|---|
| 15165 Ventura Boulevard<br>Suite 400<br>Sherman Oaks, CA 91403<br>Tel.  (818) 788-8300<br>Fax  (818) 788-8104 | 555 Montgomery Street<br>Suite 816<br>San Francisco, CA 94111<br>Tel.  (415) 433-9000<br>Fax  (415) 433-9008 | 328 Barry Avenue South<br>Suite 200<br>Wayzata, MN 55391<br>Tel.  (612) 389-0600<br>Fax  (612) 389-0610 |

**WWW.PWFIRM.COM**

Pearson Warshaw, LLP ("PW") is a civil litigation firm with offices in Los Angeles, San Francisco and Minneapolis.  PW is AV-rated by Martindale and ranked by Chambers and Partners.  The firm specializes in complex litigation, including state coordination cases and federal multidistrict litigation.  Its attorneys have extensive experience in antitrust, securities, consumer protection, and unlawful employment practices.  The firm handles national and multi-national class actions that present cutting-edge issues in both substantive and procedural areas.  PW attorneys understand how to litigate difficult and large cases in an efficient and cost-effective manner, and they have used these skills to obtain outstanding results for their clients, both through trial and negotiated settlement.  They are recognized in their field for excellence and integrity and are

## CASE PROFILES

PW attorneys *currently* hold, or have held, a leadership role in the following representative cases:

### NOTABLE CASES

- ***In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation***, Northern District of California, MDL No. 2451.  PW attorneys served as co-lead counsel in this multidistrict litigation alleging that the NCAA and its member conferences violated the antitrust laws by restricting the value of grant-in-aid athletic scholarships and other benefits that college football and basketball players could receive.  The damages portion of the case settled for $208 million, while the injunctive relief phase of the case proceeded to a successful bench trial before ultimately concluding with a 9-0 victory in front of the Supreme Court of the United States.  *See Nat'l Collegiate Athletic Ass'n v. Alston*, 594 U.S. 69 (2021).

- ***In re Credit Default Swaps Antitrust Litigation***, Southern District of New York, MDL No. 2476.  PW attorneys served as co-lead counsel and represented the Los Angeles County Employees Retirement Association ("LACERA") in a class action on behalf of all purchasers and sellers of Credit Default Swaps ("CDS") against twelve of the world's largest banks.  The lawsuit alleged that the banks, along with other defendants who controlled the market infrastructure for CDS trading, conspired for years to restrain the efficient trading of CDS, thereby inflating the cost to trade

1034440.3



CDS.  The alleged antitrust conspiracy resulted in billions of dollars in economic harm to institutional investors such as pension funds, mutual funds, and insurance companies who used CDS to hedge credit risks on their fixed income portfolios.  After nearly three years of litigation and many months of intensive settlement negotiations, PW helped reach a settlement with the defendants totaling $1.86 *billion* plus injunctive relief.  On April 15, 2016, the Honorable Denise L. Cote granted final approval to the settlement, which is one of the largest civil antitrust settlements in history.

- ***Senne v. Office of the Commissioner of Baseball,*** Northern District of California, Case No. 14-cv-00608.  PW attorneys currently serve as co-lead counsel in this certified class action and FLSA collective action on behalf of minor league baseball players who allege that Major League Baseball and its member franchises violate the FLSA and state wage and hour laws by failing to pay minor league baseball players minimum wage and overtime.  On March 29, 2023, the court granted final approval to a historic $185 million settlement.

- ***In re TFT-LCD (Flat Panel) Antitrust Litigation***, Northern District of California, MDL No. 1827.  PW served as co-lead counsel for the direct purchaser plaintiffs in this multidistrict litigation arising from the price-fixing of thin film transistor liquid crystal display ("TFT-LCD") panels.  Worldwide, the TFT-LCD industry is a multi-billion-dollar industry, and many believe that this was one of the largest price-fixing cases in the United States.  PW helped collect over $405 million in settlements before the case proceeded to trial against the last remaining defendant, Toshiba Corporation and its related entities.  PW partner Bruce L. Simon served as co-lead trial counsel, successfully marshaled numerous witnesses, and presented the opening argument.  On July 3, 2012, PW obtained a jury verdict of $87 million (before trebling) against Toshiba.  PW later settled with Toshiba and AU Optronics to bring the total to $473 million in settlements.  In 2013, California Lawyer Magazine awarded Mr. Simon a California Lawyer of the Year Award for his work in the *TFT-LCD* case.

- ***In re Potash Antitrust Litigation (No. II)***, Northern District of Illinois, MDL No. 1996.  PW partner Bruce L. Simon served as co-lead counsel for the direct purchaser plaintiffs in this multidistrict litigation arising from the price-fixing of potash sold in the United States.  After the plaintiffs defeated a motion to dismiss, the defendants appealed, and the Seventh Circuit Court of Appeals agreed to hear the case *en banc*.  Mr. Simon presented oral argument to the *en banc* panel and achieved a unanimous 8-0 decision in his favor.  The case resulted in $90 million in settlements for the direct purchaser plaintiffs, and the Court's opinion is one of the most significant regarding the scope of international antitrust conspiracies.  *See Minn-Chem, Inc. v. Agrium Inc.*, 683 F. 3d 845 (7th Cir. 2012).



- ***In Re Fairlife Milk Products Marketing And Sales Practices Litigation***, Northern District of Illinois, MDL No. 2909. PW partner Melissa S. Weiner served as co-lead counsel for a class of purchasers of fairlife brand milk products who were allegedly subjected to false and misleading representations regarding the treatment of the dairy cows. In 2022, the court granted final approval of a landmark $21 million settlement, which also provided for meaningful stipulated injunctive relief.

## CURRENT CASES

- ***Redner's Markets, Inc. v. Lamb Weston Holdings, Inc.***, Northern District of Illinois, Case No. 1:24-cv-11801. PW attorneys currently serve as co-lead counsel for Indirect Commercial and Institutional Purchaser Plaintiffs. This antitrust class action lawsuit was brought on behalf of purchasers of frozen potato products—including french fries, hash browns, and tater tots—and alleges a conspiracy among the largest potato processors in North America.

- ***In re PVC Pipe Antitrust Litigation***, Northern District of Illinois, Case No. 1:24-cv-07639. PW attorneys currently serve as co-lead class counsel on behalf of End-User Plaintiffs. The complaint alleges that prices for PVC pipes were artificially inflated because of a conspiracy between the price reporting service, Oil Price Information Service ("OPIS"), and the largest manufacturers of PVC pipes.

- ***Blue Cross Blue Shield Antitrust Litigation***, PW attorneys currently represent plaintiffs in opt-out cases against Blue Cross and Blue Shield entities. The complaints allege that defendants conspired to divide the country into exclusive service areas, agreeing not to compete with each other. These opt-out plaintiffs allege that the conspiracy violated antitrust laws, which led to increased insurance costs and reduced reimbursements for healthcare providers. By allocating territories and restricting competition, defendants are accused of paying healthcare providers far less than they would have received in a competitive market.

- ***In re Episource LLC Data Breach Litigation***, Central District of California, Case No. 2:25-cv-05330-SB. PW partner Daniel L. Warshaw serves as liaison counsel in this data breach class action. The complaint alleges that defendants failed to properly protect plaintiffs' personally identifying information and protected health information that was ultimately stolen by cybercriminals.

- ***In re Broiler Chicken Antitrust Litigation***, Northern District of Illinois, Case No. 1:16-cv-08637. PW attorneys currently serve as co-lead class counsel on behalf of a certified class of direct purchaser plaintiffs. The complaint alleges that the nation's largest broiler chicken producers violated antitrust laws by limiting production and manipulating the price indices. PW and co-counsel secured settlements of over $284 million for the direct purchaser plaintiffs.



- ***In re Pork Antitrust Litigation***, District of Minnesota, Case No. 0:18-cv-01776.  PW attorneys currently serve as co-lead class counsel on behalf of a certified class of direct purchaser plaintiffs.  The complaint alleges that the nation's largest pork producers violated antitrust laws by limiting production and manipulating the price indices.  Thus far, PW and co-counsel have secured over $180 million in settlements for the direct purchaser plaintiffs.

- ***Vakilzadeh v. The Trustees of The California State University***, Los Angeles County Superior Court, Case No. 20STCV23134.  PW partner Daniel L. Warshaw serves as co-lead counsel for a certified class of California State University students who were not provided refunds of tuition and fees from the closing all campuses and ending in-person learning and activities.

- ***North American Soccer League, LLC v. United States Soccer Federation, Inc., and Major League Soccer, L.L.C.***, Eastern District of New York, Case No. 1:17-cv-05495-HG.  PW, along with co-counsel, represents the North American Soccer League in a matter against the United States Soccer Federation and Major League Soccer alleging antitrust violations.  The complaint alleges that U.S. Soccer and MLS prevented NASL from competing against MLS (the sole Division I league) and the United Soccer League (the sole Division II league). The matter was tried before a jury in January 2025 and is currently on appeal before the Second Circuit Court of Appeals.

- ***In re MOVEit Customer Data Security Breach Litigation***, District of Massachusetts, Case No. 1:23-md-03083-ADB. In this multi-district cybersecurity litigation involving hundreds of defendants and an estimated 40 million people, PW partner Melissa S. Weiner currently serves as Co-Chair of the Offensive and Third-Party Discovery Committee.

- ***In re Santa Fe Natural Tobacco Company Marketing, Sales Practices, and Products Liability Litigation***, District of New Mexico, Case No. 1:16-md-02695-JB-LF.  PW partner Melissa S. Weiner chairs the Executive Committee and PW partner Daniel L. Warshaw serves on the executive committee.  This certified class action alleges that defendants' "natural" and "additive free" claims on their tobacco products were false and misleading to consumers.

- ***In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation***, District of Minnesota, Case No. 0:24-md-03108-DWF-DJF. PW partner Melissa S. Weiner was appointed Co-Chair of the Plaintiff Steering Committee in this nationwide data breach MDL.



- ***In re Passenger Vehicle Replacement Tires Antitrust Litigation***, Northern District of Ohio, Eastern Division, Case No. 5:24-md-3107-SL. PW partner Bobby Pouya serves as a representative on the Direct Purchaser Plaintiffs' Steering Committee. This class action alleges that the world's largest tire manufacturers of new replacement tires for passenger vehicles violated antitrust laws by raising and maintaining prices at artificially high levels in the United States.

- ***Conry v. Gerber Products Company, et al.***, Eastern District of New York, Case No. 1:24-cv-06784. PW partners Daniel L. Warshaw and Bobby Pouya represent Plaintiffs in this proposed class action against infant formula manufacturers Gerber and Perrigo, which was filed on grounds that the corporations unlawfully colluded to inflate the prices of store-brand infant formula. Both companies violated antitrust laws by orchestrating a scheme that restricted open market competition. More specifically, Gerber is alleged to have granted Perrigo the "first right of refusal" on its surplus formula.

- ***In Re: Shale Oil Antitrust Litigation***, District of New Mexico (Albuquerque), Case No. 1:24-MD-03119. On August 1, 2024, a U.S. judicial panel said that a series of related lawsuits accusing shale oil producers of a price-fixing scheme would be grouped together and assigned to a U.S. federal judge in New Mexico. The order by the federal Judicial Panel on Multidistrict Litigation designated the New Mexico federal court over other venues, including Texas and Nevada, where lawsuits had been filed in recent months. More than a dozen lawsuits allege that shale oil producers conspired to curb shale oil output, which has led to higher prices for products including gasoline, diesel fuel, commercial marine fuel, and heating oil. PW partners Daniel L. Warshaw and Bobby Pouya represent Plaintiff Richard Beaumont in the case of *Beaumont v. Permian Resources Corp.,* District of New Mexico (Albuquerque), Case No. 1:24-CV-00857.

## PAST CASES

- ***Gupta v. Aeries Software, Inc.***, Central District of California, Case No. 8:20-cv-00995-FMO. PW partner Daniel L. Warshaw served as class counsel in this nationwide data breach class action involving the unauthorized access to defendant's servers that stored student data.

- ***Grace v. Apple, Inc.***, Northern District of California, Case No. 5:17-CV-00551-LHK. PW partner Daniel L. Warshaw served as class counsel in this California certified class action on behalf of consumers who allege Apple intentionally broke its "FaceTime" video conferencing feature for Apple iPhone 4 or iPhone 4S users operating on iOS 6 or earlier. PW and co-counsel obtained final approval of an $18 million settlement in this matter.



- ***In re Lithium Ion Batteries Antitrust Litigation***, Northern District of California, MDL No. 2420. PW served as co-lead counsel for the direct purchaser plaintiffs in this multidistrict antitrust class action alleging price-fixing of lithium ion battery cells. PW and co-counsel secured final approval of over $139 million in settlements for the direct purchaser plaintiffs.

- ***In re Keurig Green Mountain Single-Serving Coffee Antitrust Litigation***, Southern District of New York, MDL No. 2542. In June 2014, Judge Vernon S. Broderick appointed PW to serve as interim co-lead counsel on behalf of indirect purchaser plaintiffs in this multidistrict class action litigation. The case arose from the alleged unlawful monopolization of the United States market for single-serve coffee packs by Keurig Green Mountain, Inc. Keurig's alleged anticompetitive conduct included acquiring competitors, entering into exclusionary agreements with suppliers and distributors to prevent competitors from entering the market, engaging in sham patent infringement litigation, and redesigning the single-serve coffee pack products in the next version of its brewing system to lock out competitors' products. PW and co-counsel obtained final approval of a $31 million settlement in this matter.

- ***Trepte v. Bionaire, Inc.***, Los Angeles County Superior Court, Case No. BC540110. PW attorneys served as Class Counsel in this certified class action alleging that the defendant sold defective space heaters. The complaint alleged that the defendant breached the warranty and falsely advertised the safety of the heaters due to design defects that cause the heaters to fail – and, as a result of the failure, the heaters could spark, smoke and catch fire. Final approval of the class settlement was granted.

- ***In re Carrier IQ Consumer Privacy Litigation***, Northern District of California, MDL No. 2330. PW attorneys served as interim co-lead counsel in this putative nationwide class action on behalf of consumers who alleged privacy violations arising from software installed on their mobile devices that was logging text messages and other sensitive information.

- ***Sciortino v. PepsiCo, Inc.***, Northern District of California, Case No. 14-cv-0478. PW attorneys served as interim co-lead counsel in this putative California class action on behalf of consumers who alleged that PepsiCo failed to warn them that certain of its sodas contain excess levels of a chemical called 4-Methylimidazole in violation of Proposition 65 and California consumer protection statutes.

- ***James v. UMG Recordings, Inc.***, Northern District of California, Case No. 11-cv-01613. PW partner Daniel L. Warshaw served as interim co-lead counsel in this putative nationwide class action on behalf of recording artists and music producers who alleged that they had been systematically underpaid royalties by the record company UMG.



- ***In re Warner Music Group Corp. Digital Downloads Litigation***, Northern District of California, Case No. 12-cv-00559. PW attorneys served as interim co-lead counsel, with partner Bruce L. Simon serving as chairman of a five-firm executive committee, in this putative nationwide class action on behalf of recording artists and music producers who alleged that they had been systematically underpaid royalties by the record company Warner Music Group.

- ***In re Dynamic Random Access Memory (DRAM) Antitrust Litigation***, Northern District of California, MDL No. 1486. PW partner Bruce L. Simon served as co-chair of discovery and as a member of the trial preparation team in this multidistrict litigation arising from the price-fixing of DRAM, a form of computer memory. Mr. Simon was responsible for supervising and coordinating the review of almost a terabyte of electronic documents, setting and taking depositions, establishing and implementing protocols for cooperation between the direct and indirect plaintiffs as well as the Department of Justice, presenting oral arguments on discovery matters, working with defendants on evidentiary issues in preparation for trial, and preparation of a comprehensive pretrial statement. Shortly before the scheduled trial, class counsel reached settlements with the last remaining defendants, bringing the total value of the class settlements to over $325 million.

- ***In re Methionine Antitrust Litigation***, Northern District of California, MDL No. 1311. PW partner Bruce L. Simon served as co-lead counsel in this nationwide antitrust class action involving a conspiracy to fix prices of, and allocate the markets for, methionine. Mr. Simon was personally responsible for many of the discovery aspects of the case including electronic document productions, coordination of document review teams, and depositions. Mr. Simon argued pretrial motions, prepared experts, and assisted in the preparation of most pleadings presented to the Court. This action resulted in over $100 million in settlement recovery for the Class.

- ***In re Sodium Gluconate Antitrust Litigation***, Northern District of California, MDL No. 1226. PW partner Bruce L. Simon served as class counsel in this consolidated antitrust class action arising from the price-fixing of sodium gluconate. Mr. Simon was selected by Judge Claudia Wilken to serve as lead counsel amongst many other candidates for that position and successfully led the case to class certification and settlement.

- ***In re Citric Acid Antitrust Litigation***, Northern District of California, MDL No. 1092. PW partner Bruce L. Simon served as class counsel in antitrust class actions against Archer-Daniels Midland Co. and others for their conspiracy to fix the prices of citric acid, a food additive product. Mr. Simon was one of the principal attorneys involved in discovery in this matter. This proceeding resulted in over $80 million settlements for the direct purchasers.



- ***Olson v. Volkswagen of America, Inc.***, Central District of California, Case No. CV07-05334.  PW attorneys brought this class action lawsuit against Volkswagen alleging that the service manual incorrectly stated the inspection and replacement intervals for timing belts on Audi and Volkswagen branded vehicles equipped with a 1.8 liter turbo-charged engine.  This case resulted in a nationwide class settlement.

- ***Swain v. Eel River Sawmills, Inc. et al.***, California Superior Court, DR-01-0216. Bruce L. Simon served as lead trial counsel for a class of former employees of a timber company whose retirement plan was lost through management's investment of plan assets in an Employee Stock Ownership Plan. Mr. Simon negotiated a substantial settlement on the eve of trial resulting in a recovery of approximately 40% to 50% of plaintiffs' damages after attorneys' fees and costs.

- ***In re Homestore Litigation***, Central District of California, Master File No. 01-11115. PW attorneys served as liaison counsel and class counsel for plaintiff CalSTRS in this securities class action. The case resulted in over $100 million in settlements to the Class.

- ***In re MP3.Com, Inc., Securities Litigation***, Southern District of California, Master File No. 00-CV-1873. PW attorneys served as defense counsel in this class action involving alleged securities violations under Rule 10b-5.

- ***In re Automotive Refinishing Paint Cases***, Alameda County Superior Court, Judicial Council Coordination Proceeding No. 4199. PW attorneys served as class counsel with other law firms in this coordinated antitrust class action alleging a conspiracy by defendants to fix the price of automotive refinishing products.

- ***In re Beer Antitrust Litigation***, Northern District of California, Case No. 97-20644-SW. PW partner Bruce L. Simon served as primary counsel in this antitrust class action brought on behalf of independent micro-breweries against Anheuser-Busch, Inc., for its attempt to monopolize the beer industry in the United States by denying access to distribution channels.

- ***In re Commercial Tissue Products Public Entity Indirect Purchaser Antitrust Litigation***, San Francisco Superior Court, Judicial Counsel Coordination Proceeding No. 4027.  PW partner Bruce L. Simon served as co-lead counsel for the public entity purchaser class in this antitrust action arising from the price-fixing of commercial sanitary paper products.

- ***Hart v. Central Sprinkler Corporation***, Los Angeles County Superior Court, Case No. BC176727.  PW attorneys served as class counsel in this consumer class action arising from the sale of nine million defective fire sprinkler heads. This case resulted in a nationwide class settlement valued at approximately $37.5 million.



- ***Rueda v. Schlumberger Resources Management Services, Inc.***, Los Angeles County Superior Court, Case No. BC235471. PW attorneys served as class counsel with other law firms representing customers of the Los Angeles Department of Water & Power ("LADWP") who had lead-leaching water meters installed on their properties.  The Court granted final approval of the settlement whereby defendant would pay $1.5 million to a *cy pre*s fund to benefit the Class and to make grants to LADWP to assist in implementing a replacement program to the effected water meters.

- ***In re Louisiana-Pacific Corp. Inner-Seal OSB Trade Practices Litigation***, Northern District of California, MDL No. 1114.  PW partner Bruce L. Simon worked on this nationwide product defect class action brought under the Lanham Act.  The proposed class was certified, and a class settlement was finally approved by Chief Judge Vaughn Walker.

- ***In re iPod nano Cases***, Los Angeles County Superior Court, Judicial Counsel Coordination Proceeding No. 4469.  PW attorneys were appointed co-lead counsel for this class action brought on behalf of California consumers who own defective iPod nanos. The case resulted in a favorable settlement.

- ***Unity Entertainment Corp. v. MP3.Com***, Central District of California, Case No. 00-11868.  PW attorneys served as defense counsel in this class action alleging copyright infringement.

- ***Vallier v. Jet Propulsion Laboratory***, Central District of California, Case No. CV97-1171. PW attorneys served as lead counsel in this toxic tort action involving 50 cancer victims and their families.

- ***Nguyen v. First USA N.A.,*** Los Angeles County Superior Court, Case No. BC222846. PW attorneys served as class counsel on behalf of approximately four million First USA credit card holders whose information was sold to third party vendors without their consent. This case ultimately settled for an extremely valuable permanent injunction plus disgorgement of profits to worthy charities.

- ***Morales v. Associates First Financial Capital Corporation***, San Francisco Superior Court, Judicial Council Coordination Proceeding No. 4197.  PW attorneys served as class counsel in this case arising from the wrongful sale of credit insurance in connection with personal and real estate-secured loans. This case resulted in an extraordinary $240 million recovery for the Class.

- ***In re AEFA Overtime Cases***, Los Angeles County Superior Court, Judicial Council Coordination Proceeding No. 4321. PW attorneys served as class counsel in this

1034440.3                          9



overtime class action on behalf of American Express Financial Advisors, which resulted in an outstanding class-wide settlement.

- ***Khan v. Denny's Holdings, Inc.***, Los Angeles County Superior Court, Case No. BC177254. PW attorneys settled a class action lawsuit against Denny's for non-payment of overtime wages to its managers and general managers.

- ***Kosnik v. Carrows Restaurants, Inc.***, Los Angeles County Superior Court, Case No. BC219809. PW attorneys settled a class action lawsuit against Carrows Restaurants for non-payment of overtime wages to its assistant managers and managers.

- ***Castillo v. Pizza Hut, Inc.,*** Los Angeles County Superior Court, Case No. BC318765. PW attorneys served as lead class counsel in this California class action brought by delivery drivers who claimed they were not adequately compensated for use of their personally owned vehicles. This case resulted in a statewide class settlement.

- ***Baker v. Charles Schwab & Co., Inc.,*** Los Angeles County Superior Court, Case No. BC286131. PW attorneys served as class counsel for investors who were charged a fee for transferring out assets between June 1, 2002 and May 31, 2003. This case resulted in a nationwide class settlement.

- ***Eallonardo v. Metro-Goldwyn-Mayer, Inc.,*** Los Angeles County Superior Court, Case No. BC286950. PW attorneys served as class counsel on behalf a nationwide class of consumers who purchased DVDs manufactured by defendants. Plaintiffs alleged that defendants engaged in false and misleading advertising relating to the sale of its DVDs. This case resulted in a nationwide class settlement.

- ***Leiber v. Consumer Empowerment Bv A/K/A Fasttrack,*** Central District of California, Case No. CV 01-09923. PW attorneys served as defense counsel in this class action involving copyrighted music that was made available through a computer file sharing service without the publishers' permission.

- ***Higgs v. SUSA California, Inc.,*** Los Angeles County Superior Court Case No. BC372745. PW attorneys served as co-lead class counsel representing California consumers who entered into rental agreements for the use of self-storage facilities owned by defendants. In this certified class action, plaintiffs allege that defendants wrongfully denied access to the self-storage facility and/or charged excessive pre-foreclosure fees.

- ***Fournier v. Lockheed Litigation***, Los Angeles County Superior Court. PW attorneys served as counsel for 1,350 residents living at or near the Skunks-Works Facility in Burbank. The case resolved with a substantial confidential settlement for plaintiffs.



- ***Nasseri v. CytoSport, Inc.,*** Los Angeles County Superior Court, Case No. 439181. PW attorneys served as class counsel on behalf of a nationwide class of consumers who purchased CytoSport's popular protein powders, ready to drink protein beverages, and other "supplement" products.  Plaintiffs alleged that these supplements contain excessive amounts of lead, cadmium and arsenic in amounts that exceed Proposition 65 and negate CytoSport's health claims regarding the products. The case resulted in a nationwide class action settlement which provided monetary relief to the class members and required the reformulation of CytoSport supplement products.

- ***In re Samsung Top-Load Washing Machine Marketing, Sales Practice and Products Liability Litigation***, Western District of Oklahoma, Case No. 5:17-ml-02792-D. Plaintiffs alleged that the top-load washing machines contain defects that cause them to leak and explode. PW Partner Melissa S. Weiner was appointed to the Plaintiffs' Steering Committee in this multi-district class action, which settled nationwide.

1034440.3

11



PEARSON WARSHAW

# CLIFFORD H. PEARSON

## Founding Partner

Location: Sherman Oaks, California

Phone: (818) 205-2800

Email: cpearson@pwfirm.com



Clifford H. Pearson is a founding partner of Pearson Warshaw, LLP. Mr. Pearson is a civil litigator, business lawyer and mediator focusing on complex litigation, class actions, and business law.  In 2013, 2016, and 2021 through 2025, Mr. Pearson was named by the *Daily Journal* as one of the Top 100 Lawyers in California.  Additionally, Mr. Pearson was named as one of the Daily Journal's 2019 Top Plaintiff Lawyers and in 2022, 2023, 2024 and 2025 he was named one of the Top Antitrust Lawyers.  He was instrumental in negotiating a landmark settlement totaling $1.86 billion in *In re Credit Default Swaps Antitrust Litigation*, a case alleging a conspiracy among the world's largest banks to maintain opacity of the credit default swaps market.  Mr. Pearson also negotiated $473 million in combined settlements in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, an antitrust case in the Northern District of California that alleged a decade-long conspiracy to fix the prices of TFT-LCD panels and over $90 million in *In re Potash Antitrust Litigation*, an antitrust case in the Northern District of Illinois that alleged price fixing by Russian, Belarusian and North American producers of potash, a main ingredient used in fertilizer.  Mr. Pearson currently serves as co-lead counsel in both the *In re Broiler Chicken Antitrust Litigation* and *In re Pork Antitrust Litigation* antitrust class action cases alleging price fixing in the broiler and pork industries.

Before creating the firm in 2006, Mr. Pearson was a partner at one of the largest firms in the San Fernando Valley, where he worked for 22 years.  There, he represented aggrieved individuals, investors and employees in a wide variety of contexts, including toxic torts, consumer protection and wage and hour cases.  During his career that spans over 40 years, Mr. Pearson has successfully negotiated substantial settlements on behalf of consumers, small businesses and companies.  In recognition of his outstanding work on behalf of clients, Mr. Pearson has been regularly selected by his peers as a Super Lawyer (representing the top 5% of practicing lawyers in Southern California).  He has also attained Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards.

Mr. Pearson is an active member of the American Bar Association, Los Angeles County Bar Association, Consumer Attorneys of California, Consumer Attorneys Association of Los Angeles, and Association of Business Trial Lawyers.

### Current Cases:
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc., and Major League Soccer, L.L.C.* (E.D.N.Y.)

### Education:
- Whittier Law School, Los Angeles, California – J.D. – 1981
- University of Miami – M.B.A. – 1978
- Carleton University, Ontario, Canada – B.A. – 1976

### Bar Admissions:
- State of California
- United States Court of Appeals for the Ninth and Seventh Circuits
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

### Professional Associations and Memberships:
- American Bar Association
- Association of Business Trial Lawyers
- Los Angeles County Bar Association



PEARSON WARSHAW

# DANIEL L. WARSHAW

## Founding Partner



Location: Sherman Oaks, California

Phone: (818) 205-2805

Email: dwarshaw@pwfirm.com

Daniel L. Warshaw, a founding partner of Pearson Warshaw, LLP, is a civil litigator and trial lawyer who focuses on antitrust, complex litigation, class actions, and consumer protection. Mr. Warshaw has held leadership roles in numerous state, federal and multidistrict class actions, and obtained significant recoveries for class members in many cases. These cases have included, among other things, antitrust violations, high-technology products, automotive parts, entertainment royalties, intellectual property and false and misleading advertising. Mr. Warshaw has also represented employees in a variety of class actions, including wage and hour, misclassification and other Labor Code violations.

Mr. Warshaw's cases have received significant attention in the press, and Mr. Warshaw has been profiled by the *Daily Journal* for his work. Mr. Warshaw was named by the *Daily Journal* as one of the Top 100 Lawyers in California each year from 2022 to 2025. In 2019 and 2020, Mr. Warshaw was named as one of the Daily Journal's Top Plaintiff Lawyers. And in 2020, and 2022 through 2025 he was also named one of the Daily Journal's Top Antitrust Lawyers. Additionally, Mr. Warshaw has been selected by his peers as a Super Lawyer (representing the top 5% of practicing lawyers in Southern California) every year since 2005. Additionally, Mr. Warshaw is ranked by Chambers and Partners for antitrust litigation. He has also attained Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards.

Mr. Warshaw played an integral role in several of the firm's groundbreaking cases. In *In re TFT-LCD (Flat Panel) Antitrust Litigation*, 3:07-md-01827-SI (N.D. Cal.) he assisted in leading this multidistrict to trial and securing $473 million in recoveries to the direct purchaser plaintiff class. After the firm was appointed as interim co-lead counsel in *In re Credit Default Swaps Antitrust Litigation*, Mr. Warshaw along with his partners and co-counsel successfully secured a $1.86 *billion* settlement on behalf of the class.

### Current Cases:
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *Vakilzadeh v. The Trustees of the California State University* (Cal. Super. Ct.)
- *Yoo v. The Regents of the University of California* (Cal. Super. Ct.)
- *Zimmerman v. Paramount Global,* (S.D.N.Y.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Santa Fe Natural Tobacco Company Marketing, Sales Practices, and Products Liability Litig.* (D.N.M.)
- *In re PVC Pipe Antitrust Litig.* (D. Ill.)
- *Redner's Markets, Inc. v. Lamb Weston Holdings, Inc. et al.* (N.D. Ill.)

### Education:
- Whittier Law School, Los Angeles, California – J.D. – 1996
- University of Southern California – B.S. – 1992

### Bar Admissions:
- State of California
- United States Court of Appeals for the Second, Seventh, Ninth and Tenth Circuits
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- United States District Court for the District of Colorado
- United States District Court for the Northern District of Illinois
- United States District Court for the Western District of Texas

1034440.3

13



Mr. Warshaw served or currently serves in a lead or co-lead position in the following cases: *Vakilzadeh v. The Trustees of The California State University*, Los Angeles County Superior Court, Case No. 20STCV23134, a certified class action alleging that students were not properly refunded for tuition and fees when the California State University System closed its campuses and provided remote learning in lieu of in-person education; *Zimmerman v. Paramount Global*, No. 23 Civ. 2409 (VSB) (S.D.N.Y.), a class action alleging that Paramount failed to adequately pay royalties for the dissemination of artists' works over satellite radio; and *Senne v. The Office of the Commissioner of Baseball*, 3:14-cv-00608-JCS (N.D. Cal.), a certified multistate class action alleging that Major League Baseball and its teams violated state and federal wage and hour laws relating to minor league players.

Mr. Warshaw has assisted in the preparation of two Rutter Group practice guides: *Federal Civil Trials & Evidence* and *Civil Claims and Defenses*. He is also the founder and Chair of the *Class Action Litigation Forum*, whose purpose is to facilitate a high-level exchange of ideas and in-depth dialogue on class action litigation.

**Professional Associations and Memberships:**

- American Bar Association
- Association of Business Trial Lawyers, Board Member
- Consumer Attorneys of California
- Plaintiffs' Class Action Roundtable, Chair

1034440.3

14



# BRUCE L. SIMON

## Founding Partner and Partner Emeritus

Location: San Francisco, California

Phone: (818) 205-2816

Email: bsimon@pwfirm.com



Bruce L. Simon is a founding partner and partner emeritus at Pearson Warshaw, LLP and led the firm to national prominence. Mr. Simon specializes in complex cases involving antitrust, consumer fraud and securities. He has served as lead counsel in many business cases with national and global impact.

In 2019, Mr. Simon was named as one of the Daily Journal's Top Plaintiff Lawyers.  In 2018, Mr. Simon was awarded "Antitrust Lawyer of the Year" by the California Lawyers Association.  In 2013 and 2016, Mr. Simon was chosen by the Daily Journal as one of the Top 100 attorneys in California.  In 2013, he received the California Lawyer of the Year award from California Lawyer Magazine and was selected as one of seven finalists for Consumer Attorney of the Year by Consumer Attorneys of California for his work in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.).  That year, Mr. Simon was included in the Top 100 of California's "Super Lawyers" and has been named a "Super Lawyer" every year since 2003.  He has attained Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards.

Mr. Simon was co-lead class counsel in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, a case that lasted over five years and resulted in $473 million recovered for the direct purchaser plaintiffs.  Mr. Simon served as co-lead trial counsel and was instrumental in obtaining an $87 million jury verdict (before trebling).  He presented the opening argument and marshalled numerous witnesses during the six-week trial.

Also, Mr. Simon was co-lead class counsel in *In re Credit Default Swaps Antitrust Litigation*, a case alleging a conspiracy among the world's largest banks to maintain opacity of the credit default swaps market as a means of maintaining supracompetitive prices of bid/ask spreads.  After three years of litigation and many months of intensive settlement negotiations, the parties in *CDS* reached a landmark settlement amounting to $1.86 billion.  It is one of the largest civil antitrust settlements in history.

Mr. Simon was also co-lead class counsel in *In re Potash Antitrust Litigation (II)*, MDL No. 1996 (N.D. Ill.), where he successfully argued an appeal of the district court's order denying the defendants' motions to dismiss to the United States Court of Appeals for the Seventh Circuit.  Mr. Simon presented oral argument during an *en banc* hearing before the

### Reported Cases:
- *Minn-Chem, Inc. et al. v. Agrium Inc., et al.*, 683 F.3d 845 (7th Cir. 2012)
- *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litig.*, 141 S.Ct. 2141 (2021).

### Education:
- University of California, Hastings College of the Law, San Francisco, California – J.D. – 1980
- University of California, Berkeley, California – A.B. – 1977

### Bar Admissions:
- State of California
- Supreme Court of the United States
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

### Professional Associations and Memberships:
- California State Bar Antitrust and Unfair Competition Section, Advisor and Past Chair
- ABA Global Private Litigation Committee, Co-Chair
- ABA International Cartel Workshop, Steering Committee
- American Association for Justice, Business Torts Section, Past Chair
- Business Torts Section of the American Trial Lawyers Association, Past Chair



The case resulted in $90 million in settlements for the direct purchaser plaintiffs, and the Court's opinion is one of the most significant regarding the scope of international antirust conspiracies.

More recently, Mr. Simon completed the trial seeking injunctive relief in the *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*  The plaintiffs allege that the NCAA and its member conferences violate the antitrust laws by restricting the value of grant-in-aid athletic scholarships and other benefits that college football and basketball players can receive.

- Hastings College of the Law, Board of Directors (2003-2015), Past Chair (2009-2011)

## Publications:

- Class Certification Procedure, Ch. V, ABA Antitrust Class Actions Handbook (3d ed.), (forthcoming)
- Reverse Engineering Your Antitrust Case: Plan for Trial Even Before You File Your Case, Antitrust, Vol. 28, No. 2, Spring 2014
- *The Ownership/Control Exception to Illinois Brick in Hi-Tech Component Cases: A Rule That Recognizes the Realities of Corporate Price Fixing,* ABA International Cartel Workshop February 2014
- *Matthew Bender Practice Guide: California Unfair Competition and Business Torts,* LexisNexis, with Justice Conrad L. Rushing and Judge Elia Weinbach (Updated 2013)
- *The Questionable Use of Rule 11 Motions to Limit Discovery and Eliminate Allegations in Civil Antitrust Complaints in the United States,* ABA International Cartel Workshop February 2012





# MELISSA S. WEINER
## Partner

Location: Minneapolis, Minnesota

Phone: (612) 389-0601

Email: mweiner@pwfirm.com

Melissa S. Weiner is a partner and civil litigator whose work is squarely focused on combating consumer deception. Her experience is expansive, including class actions related to consumer protection, product defect, intellectual property, automotive, false advertising and data breach.  Ms. Weiner has taken a leadership role in numerous large class actions and MDLs in cases across the country and lectures regularly on complex litigation matters.

Since her admission to the bar in 2007, she has earned appointment in a variety of MDL's and class actions throughout the country. She was recently appointed as the Co-Chair of the Plaintiff Steering Committee in *In Re: Change Healthcare, Inc. Customer Data Security Litigation* and as a member of the Plaintiffs' Executive Committee in *In re: MOVEit Customer Data Security Breach Litigation*, MDL No. 1:23-md-03083-ADB (D. Mass.), two of the largest data breach MDLs in the country. Additionally, she chairs the Plaintiffs' Executive Committee in *In Re Santa Fe Natural Tobacco Company Marketing & Sales Practices and Products Liability Litigation*, No. 1:16-md-02695-JB-LF (D.N.M.), where she co-led the strategy on class certification, which resulted in achieving class certification for a class of cigarette purchasers.

A significant contributor to her professional community, Ms. Weiner serves on the Executive Committee and as Chair of the Development Committee for Public Justice. Ms. Weiner is an active member of the Minnesota bar, and a former Co-Chair of the Mass Tort and Class Action Practice Group for the Minnesota Chapter of the Federal Bar Association where, in collaboration with the bench, she helped institute new recommended procedures for inclusion of newer and diverse attorneys in key litigation roles to combat the steep decline of in-court opportunities that disproportionally impacts women, diverse attorneys and other underrepresented groups. She also currently serves on the Minnesota Bar Association Food & Drug Law Council. Dedicated to her identity as a Jewish lawyer, Ms. Weiner is also the Co-Chair of the Twin Cities Cardozo Society, an affinity group of the Minneapolis and St. Paul Jewish Federations, which is the leading Jewish lawyers' network serving the community.

In recognition of her outstanding efforts in the legal community, each year since 2012, Ms. Weiner has been named a Super Lawyers *Rising Star* by Minnesota Law & Politics.

### Current Cases:

- *Ashour v. Arizona Beverages USA LLC et al.* (S.D.N.Y.) *(false advertising/mislabeling)*
- *Benson et al. v. Newell Brands Inc., et al.* (N.D. Ill.) *(false advertising/mislabeling)*
- *In Re Santa Fe Natural Tobacco Co. Mktg., Sales Pracs., and Prods. Liability Litig.* (D.N.M.) *(false advertising/mislabeling)*
- *In re: Apple Inc. App Store Simulated Casino-Style Games Litig.; In re: Facebook, Inc. App Center Simulated Casino-Style Games Litig.; and In re: Google Play Store Simulated Casino-Style Games Litig.* (N.D. Cal.)
- *Nutraceutical Wellness, Inc. Consumer Fraud Litig.* (S.D.N.Y.) *(false advertising/mislabeling)*
- *Beaver, et al. v. Nissan of N. Am., Inc., et al.* (M.D. Tenn.) *(automobile defect)*
- *In Re: Change Healthcare, Inc. Customer Data Secs. Breach Litig.* (D. Minn.) (*data breach*)
- *In re: MOVEit Customer Data Sec. Breach Litig.* (D. Mass.) (*data breach*)
- *Bounthon, et al. v. The Proctor & Gamble Co.* (N.D. Cal.) (*false advertising/mislabeling*)
- *Burkhardt, et al. v. Moneylion Techs, Inc., et al.* (N.D. Fl.) (*consumer protection*)
- *Cake Love Co. v. AmeriPride Servs. and ARAMARK* (D. Minn.) (*breach of contract*)

1034440.3

17



Ms. Weiner has been appointed to leadership positions in the following MDLs and consolidated cases:

- *In Re: Change Healthcare, Inc. Customer Data Security Breach Litig.*, (D. Minn.) (Appointed as the Co-Chair of the Plaintiff Steering Committee in the Patient Track);
- *In re MOVEit Customer Data Security Breach Litig.* (D. Ma.) (Appointed to Plaintiffs' Steering Committee);
- *In Re: Fairlife Milk Products Marketing and Sales Practices Litig.* (N.D. Ill.) (Appointed Interim Co-Lead Counsel);
- *In Re Santa Fe Natural Tobacco Company Marketing & Sales Practices and Products Liability Litig.* (D.N.M.) (chair of the Plaintiffs' Steering Committee and member of the Plaintiffs' Oversight Committee);
- *In Re: Blackbaud, Inc. Customer Data Security Breach Litig.* (D.S.C.), nationwide data breach class action, (appointed to Plaintiffs' Steering Committee);
- *Dusko v. Delta Airlines, Inc.* (N.D. Ga.), a nationwide breach of contract class action (appointed as Co-Lead Class Counsel);
- *In re Apple Inc. App Store Simulated Casino Style Games Litig.* (N.D. Cal.), a multi-state statutory class action (appointed to Plaintiffs' Steering Committee);
- *In Re Samsung Top-Load Washing Machine Marketing, Sales Practices & Product Liability Litig.* (W.D. Okla.), (appointed to Plaintiffs' Executive Committee), a nationwide class action regarding a design defect in 2.8 million top loading washing machines, which resulted in a nationwide settlement;
- *In Re Windsor Wood Clad Window Product Liability Litig.* (E.D. Wis.), a nationwide class action regarding allegedly defective windows, which resulted in a nationwide settlement (Appointed Interim Executive Committee Member);
- *In Re: Luxottica of America, Inc. Data Security Breach Litig.* (S.D. Ohio) (Appointed Interim Executive Committee Member);
- *Culbertson v. Deloitte Consulting LLP* (S.D.N.Y.) (Appointed to Plaintiffs' Executive Committee), a nationwide data breach class action;
- *In re: MNGI Digestive Health, PA* (D. Minn.) (Appointed to Plaintiffs' Executive Committee), a nationwide data breach class action.

**Education:**
- William Mitchell College of Law – J.D. – 2007
- University of Michigan – Ann Arbor – B.A. – 2004

**Bar Admissions:**
- State of New York
- State of Minnesota
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the District of Minnesota
- United States District Court for the District of Colorado
- United States District Court for the North District of Illinois
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York

**Professional Associations and Memberships:**
- Minnesota State Bar Association
- Federal Bar Association
- Public Justice

1034440.3                                    18



# BOBBY POUYA

### Partner

Location: Sherman Oaks, California

Phone: (818) 205-2818

Email: bpouya@pwfirm.com



Bobby Pouya is a partner in the firm's Los Angeles office, focusing on complex litigation, antitrust litigation, and class actions. Effective advocacy in complex litigation requires experience and understanding of the multiple phases of these cases from inception through trial. During his career, Mr. Pouya has established himself as a member of the small category of attorneys who has personal experience leading litigation teams in each of these phases including, complex dispositive motions, high level depositions, class certification, settlement negotiation and approval, expert witness presentation, and trial and appellate advocacy.

Mr. Pouya has served in a leadership position in numerous complex multiparty cases that have resulted in hundreds of millions of dollars in recovery on behalf of his clients, including: *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.) (co-lead class counsel in a wage and hour class action on behalf of minor league baseball players resulting in a $185 million settlement); *In re Broiler Chicken Antitrust Litigation* (N.D. Ill.) (co-lead class counsel for direct purchaser plaintiffs in an antitrust conspiracy involving the sale of chicken resulting in $284 million in settlements); *In re Pork Antitrust Litigation* (D. Minn.) (co-lead class counsel for direct purchaser plaintiffs in an antitrust conspiracy involving the sale of pork resulting in over $180 million in settlements); *In re Polyurethane Foam Antitrust Litigation* (N.D. Ohio.) (member of executive committee for direct purchaser plaintiffs in an antitrust class action involving polyurethane foam products that resulted in over $400 million in settlements).

Mr. Pouya currently serves as a member of the leadership team for plaintiffs in multiple notable antitrust actions including: *In re Cattle and Beef Antitrust Litigation* (D. Minn.) (executive committee for cattle rancher class), *In re Replacement Tires Antitrust Litigation* (executive committee for direct purchaser plaintiffs); *In re Shale Antitrust Litigation* (executive committee for indirect class plaintiffs); *Conroy v. Gerber* (discovery committee for indirect class plaintiffs); *In re PVC Pipe Antitrust Litigation* (counsel for non-converter purchaser class plaintiffs). Mr. Pouya also has a proven track record of representing consumers, members of the entertainment industry, and employees in a number of class actions.

Mr. Pouya's success has earned him recognition by his peers as a Southern California Super Lawyer and Super Lawyer Rising Star. Mr. Pouya earned his Juris Doctorate from Pepperdine University School of Law in 2006, where he received a certificate in dispute resolution from the prestigious Straus Institute for Dispute Resolution and participated on the interschool

## Current and Notable Cases:

- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Cattle Antitrust Litig.* (D. Minn.)
- *In re Shale Oil Antitrust Litig.* (D.N.M)
- *In re PVC Pipe Antitrust Litig.* (D. Ill.)
- *In re Replacement Tires Antitrust Litig.* (N.D. Ohio)
- *Conry, et al. v. Gerber Products Company, et al.* (E.D.N.Y.)
- *Redner's Markets, Inc. v. Lamb Weston Holdings, Inc. et al.* (N.D. Ill.)

## Education:

- Pepperdine University School of Law, Malibu, California – J.D. – 2006
- University of California, Santa Barbara, California – B.A., with honors – 2003

## Publications:

- *Should Offers Moot Claims?* Daily Journal, Oct. 10, 2014
- *Central District Local Rules Hinder Class Certification,* Daily Journal, April 9, 2013

## Bar Admissions:

- State of California
- United States Court of Appeals for the Ninth and Seventh Circuits
- United States District Court for the Central, Northern, Southern and Eastern Districts of California

## Professional Associations and Memberships:

- American Bar Association
- Consumer Attorneys of California
- Los Angeles County Bar Association



PEARSON WARSHAW

# MICHAEL H. PEARSON

## Partner



Location: Sherman Oaks, California

Phone: (818) 205-2803

Email: mpearson@pwfirm.com

Michael H. Pearson is a partner and civil litigator in the firm's Los Angeles office, focusing on complex litigation, class actions, and consumer protection.  Mr. Pearson has extensive experience in representing clients in a variety of contexts.  He has served as a member of the litigation team in multiple cases that resulted in class certification or a class-wide settlement, including cases that involved antitrust, business litigation, complex financial products, high-technology products, consumer safety, and false and misleading advertising.  *In re Broiler Chicken Antitrust Litigation*, No. 16 C 8637, 2022 WL 1720468 (N.D. Ill. May 27, 2022); *In re Pork Antitrust Litigation*, No. CV 18-1776 (JRT/JFD), 2023 WL 2696497 (D. Minn. Mar. 29, 2023); *Benson v. Newell Brands, Inc.*, No. 19 C 6836, 2021 WL 5321510 (N.D. Ill. Nov. 16, 2021).  Specifically, he was instrumental in managing the review of tens of millions of documents and drafting pleadings in *In Re Credit Default Swaps Antitrust Litigation*, which was settled for $1.86 billion, plus injunctive relief.

Mr. Pearson received his Bachelor of Science degree from Tulane University in 2008, majoring in Finance with an Energy Specialization. He received his Juris Doctorate from Loyola Law School Los Angeles in 2011.  Mr. Pearson is an active member in a number of legal organizations, including the American Bar Association, Los Angeles County Bar Association, and the Association of Business Trial Lawyers.

Mr. Pearson's success has earned him recognition by his peers as a Super Lawyers Rising Star (representing the top 2.5% of lawyers in Southern California age 40 or younger or in practice for 10 years or less) each year from 2017 to the present.

### Bar Admissions:
- State of California
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- United States District Court for the Northern District of Illinois

### Professional Association and Memberships:
- American Bar Association
- Association of Business Trial Lawyers
- Los Angeles County Bar Association

### Current Cases:
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Cattle Antitrust Litig.* (D. Minn.)
- *Benson et al. v. Newell Brands Inc., et al.* (N.D. Ill.)
- *Beaver v. Nissan North America, Inc.* (M.D. Tenn.)
- *Stockley, et al. v. Nissan of North America, Inc., et al.* (M.D. Tenn.)
- *In Re: Change Healthcare, Inc. Customer Data Security Breach Litig.* (D. Minn.)
- *In re PVC Pipe Antitrust Litig.* (N.D. Ill.)
- *Redner's Markets, Inc. v. Lamb Weston Holdings, Inc. et al.* (N.D. Ill.)

### Past Cases:
- *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litig.* (N.D. Cal.) – **$208 million settlement**
- *In re Credit Default Swaps Antitrust Litig.* (S.D.N.Y.) – **$1.86 billion settlement**
- *In Re Fairlife Milk Products Marketing And Sales Practices Litig.* (N.D. Ill.) – **$21 million settlement**
- *Trepte v. Bionaire, Inc.* (Cal. Sup. Ct.)
- *Freeman v. MAM USA Corp.* (N.D. Ill.)
- *Busler v. Nissan N. Am., Inc.* (M.D. Tenn.)
- *Martinez v. Nissan N. Am., Inc.* (M.D. Tenn)
- *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.) – **$185 million settlement**

### Education:
- Loyola Law School Los Angeles, Los Angeles, California – J.D. – 2011
- Tulane University, New Orleans, Louisiana – B.S., *magna cum laude* - 2008

1034440.3                    20



# MATTHEW A. PEARSON
## Partner



Location: Sherman Oaks, California

Phone: (818) 205-2806

Email: mapearson@pwfirm.com

Matthew Pearson is a partner in the firm's Los Angeles office, where he concentrates his litigation practice on a diverse range of complex matters including antitrust, consumer protection, business litigation, intellectual property and childhood sexual abuse matters. Mr. Pearson's comprehensive understanding of the legal landscape, coupled with a tenacious approach to advocacy, has consistently yielded favorable outcomes for his clients. Mr. Pearson received his Bachelor of Science degree from the University of Arizona in 2010, majoring in Business Management, and received his Juris Doctorate from Whittier Law School in 2013.

Throughout his career, Mr. Pearson has cultivated significant expertise in navigating multifaceted litigation scenarios. Mr. Pearson's experience spans a wide spectrum of legal domains, including complex toxic tort litigation, intricate business disputes, intellectual property matters, products liability claims, sensitive family law cases, and high-stakes personal injury actions. This broad exposure has equipped him with a versatile skillset and a nuanced understanding of various legal challenges. Mr. Pearson has diligently represented a diverse clientele, ranging from publicly traded and privately held companies and closely held corporations to thousands of individuals seeking justice and effective legal representation.

A significant portion of Mr. Pearson's career has been dedicated to complex antitrust litigation. Mr. Pearson played an integral role as a member of the litigation team in the *National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation* (N.D. Cal.). This pivotal case culminated in a significant victory in 2018 following a several week long bench trial. There, plaintiffs' win resulted in crucial injunctive relief for student-athletes. The damages portion of this impactful litigation had been previously resolved through a substantial $208 million settlement, underscoring the team's dedication and effectiveness. In recognition of their exceptional achievement in this matter, the plaintiffs' litigation team, including Mr. Pearson, was honored with the prestigious "Outstanding Antitrust Litigation Achievement in Private Law Practice" award by the American Antitrust Institute (AAI) in 2019. The hard-fought victory was further validated when the United States Supreme Court unanimously upheld the district court's verdict in a resounding 9-0 decision, solidifying its significance in antitrust law.

## Current Cases:

- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Cattle Antitrust Litig.* (D. Minn.)
- *In re PVC Pipe Antitrust Litig.* (N.D. Ill.)
- *In re: Apple Inc. App Store Simulated Casino-Style Games Litig.; In re: Facebook, Inc. App Center Simulated Casino-Style Games Litig.; and In re: Google Play Store Simulated Casino-Style Games Litig.* (N.D. Cal.)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc. and Major League Soccer, LLC* (E.D.N.Y)
- *In re Northern California Clergy Cases* (Cal. Sup. Ct.)
- *In re Southern California Clergy Cases* (Cal. Sup. Ct.)
- *In re The San Diego Diocese Cases* (Cal. Sup. Ct.)
- *Redner's Markets, Inc. v. Lamb Weston Holdings, Inc. et al.* (N.D. Ill.)

## Past Cases:

- *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litig.* (S.D.N.Y.) – **$31 million settlement**
- *Grace v. Apple, Inc.* (N.D. Cal.) – **$18 million settlement**
- *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litig.* (N.D. Cal.) – **$208 million settlement**
- *In re Credit Default Swaps Antitrust Litig.* (S.D.N.Y.) – **$1.86 billion settlement**
- *Eashoo v. Iovate Health Sciences USA Inc.* (C.D. Cal.) – **$2.5 million settlement**

## Education:

- Whittier Law School, California – J.D. – 2013
- University of Arizona: Eller College of Management – B.S. – 2010



More recently, Mr. Pearson was a vital member of the trial team in *North American Soccer League, LLC v. United States Soccer Federation, Inc., et al.* (E.D.N.Y.). This complex antitrust case alleged a conspiracy between the United States Soccer Federation and Major League Soccer to stifle competition within the realm of men's professional soccer.

Beyond his active casework, Mr. Pearson is deeply engaged in the legal community through his membership in several prominent legal organizations, including the American Bar Association, the Association of Business Trial Lawyers, and the Los Angeles County Bar Association. Mr. Pearson's commitment to professional excellence and his standing within the legal community are further underscored by his consistent selection as a Southern California Rising Star by Super Lawyers from 2019 to the present.

**Bar Admissions:**
- State of California
- United States Court of Appeals for the Second and Ninth Circuits
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

**Professional Associations and Memberships:**
- American Bar Association
- Association of Business Trial Lawyers
- Los Angeles County Bar Association

1034440.3

22





# RACHEL SOFFIN

## Partner

Phone: (818) 205-2815

Email: rsoffin@pwfirm.com

Rachel Soffin is a partner whose work is focused on consumer class action litigation. Ms. Soffin's class action experience during her twenty-year career is vast and includes litigation in the areas of defective consumer products, automotive, false advertising and mislabeling, breach of contract, and deceptive and unfair trade practices. Ms. Soffin has been appointed to leadership roles in numerous class action cases across the country and regularly speaks at national continuing legal education conferences on complex class action litigation topics.

Ms. Soffin has litigated and resolved many significant complex class actions, including *Seresto Flea and Tick Collar Manufacturing Sales Practices and Products Liability Litigation* (N.D. Ill.), where she was appointed co-lead counsel in a class action involving allegedly dangerous and defective pet pesticide collars. In this high-profile nationwide consumer protection action, Ms. Soffin and co-counsel achieved a $15 million settlement following significant investigation and litigation, including work with various experts in veterinary medicine, epidemiology, material sciences and engineering.

Ms. Soffin has dedicated the majority of her career to protecting consumers. After spending the first five years of her career representing corporations, Ms. Soffin chose to focus her work on protecting individuals from corporate malfeasance. In recognition of her contributions to complex litigation, Ms. Soffin has been designated by Super Lawyers as a Florida Rising Star from 2011 to 2013 and as a Florida Super Lawyer from 2014 to 2018, 2022-2025 in the fields of Class Actions and Mass Torts.

Since her admission to the bar in 2005, Ms. Soffin has represented consumers and also served as class counsel in numerous successful class actions, including:

- *Seresto Flea and Tick Collar Mktg., Sales Practices and Prod. Liab. Litig.* (N.D. Ill.) (court-appointed co-lead counsel in class action involving allegedly dangerous and defective pet pesticide collars, resulting in $15 million settlement);
- *In re: All-Clad Metalcrafters LLC, Cookware Mktg. and Sales Pracs. Litig.*, (W.D. Pa.) (co-lead counsel in class action involving defective cookware, resulting in settlement of up to $4 million);

### Current Cases:
- *In Re: Bestway Above-Ground Pools Litig.* (N.D. Ill.)

### Education:
- Stetson University College of Law – J.D. – 2005
- Florida State University – B.A. – 2002

### Bar Admissions:
- State of Florida
- State of Georgia
- United States Court of Appeals for the Eleventh Circuit
- United States District Court for the Middle District of Florida
- United States District Court for the Southern District of Florida
- United States District Court for the Northern District of Georgia
- United States District Court for the Northern District of Illinois



- *In Re: Tracfone Unlimited Service Plan Litig.* (N.D. Cal.) ($40 million settlement for consumers subjected to deceptive cellular phone data plan practices);
- *Berman et al v. Gen. Motors LLC* (S.D. Fla.) ($40 million value settlement in class action involving defective automobiles);
- *De Leon v. Bank of Am., N.A.* (USA) (M.D. Fla.) ($10 million settlement for consumers subjected to breach of cardholder agreement and deceptive trade practices);
- *Dickens*, *et. v. Thinx Inc.* (S.D.N.Y.) (settlement of up to $5 million in class action involving false advertising of products containing Per-and polyfluoroalkyl substances ("PFAS"));
- *Spencer*, *et al. v. Knix* (S.D.N.Y.) (settlement of up to $2 million in class action involving false advertising of products containing Per-and PFAS;
- *Peterson*, *et al v. BSH Home Appliances Corp.* (W.D. Wash.) (settlement of up to $2 million in class action involving defective ovens);
- *Hamm v. Sharp Electronics Corporation* (S.D. Fla.) (over $100 million value settlement in class action involving defective microwaves);
- *In Re: Horizon Organic Milk Plus DHA Omega-3 Mktg. and Sales Prac. Litig.* (S.D. Fla.) ($1.3 million settlement value for consumers subjected to deceptive trade practices involving product misrepresentations);
- *Swift v. Bank of Am.* (M.D. Fla.) ($1 million settlement for consumers subjected to TCPA violations).

1034440.3

24



**PEARSON WARSHAW**

# NEIL J. SWARTZBERG
## Of Counsel



Location: San Francisco, California

Phone: (415) 400-7711

Email: nswartzberg@pwfirm.com

Neil Swartzberg, of counsel to Pearson Warshaw, LLP, has significant litigation and counseling experience, with a track record of providing advice and representation to individuals and companies. He has expertise in complex and commercial litigation, focusing on consumer protection, antitrust and securities laws, primarily in the class action context. Practicing in both federal and state courts, he has litigated price-fixing class actions, securities fraud suits and other consumer protection cases, as well as patent infringement, trade secret misappropriation and related intellectual property matters.

Mr. Swartzberg was a leading attorney in the direct purchaser plaintiff class action *In re Static Random Access Memory (SRAM) Antitrust Litigation* (N.D. Cal.). He was also actively involved in several other antitrust class actions, such as *In re Broiler Chicken Antitrust Litigation* (N.D. Ill.), *In re International Air Transportation Surcharge Antitrust Litigation* (N.D. Cal.), *Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.), *In re Cathode Ray Tube (CRT) Antitrust Litigation* (N.D. Cal.), and *In re Optical Disk Drive (ODD) Antitrust Litigation* (N.D. Cal.). In addition, he has represented patent owners and companies in infringement cases for patents covering video game controllers, Internet search functionality, secure mobile banking transactions and telecommunications switches.

His current cases include: a direct purchaser antitrust class actions against the leading domestic producers of pork; an indirect purchaser antitrust class action against PVC (plastic) pipe manufacturers, several class actions on behalf students against colleges and universities seeking partial refunds of tuition and fees because of the schools closing their campuses and transitioning to online-only classes in the wake of COVID-19; an antitrust suit challenging the conduct of Major League Soccer and the United States Soccer Federation to exclude competition in men's professional soccer; and direct purchaser (opt-out) cases by health care providers against the Blue Cross and Blue Shield Association and its member insurance companies alleging antitrust violations, including market allocation agreements.

## Professional Associations and Memberships:
- American Bar Association

## Languages:
- German (proficient)

### Current Cases:
- *In re Pork Antitrust Litig.* (D. Minn.)
- *Vakilzadeh v. The Trustees of California State University* (Cal. Sup. Ct., Los Angeles)
- *Stoffel v. The Regents of the University of California* (Cal. Sup. Ct., Los Angeles)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc. and Major League Soccer L.L.C.* (E.D.N.Y)
- *In re PVC Pipe Antitrust Litig.* (N.D. Ill.)

### Education:
- University of California, Davis, School of Law – J.D. – 2001
- State University of New York, Buffalo – M.A. – 1994
- Duke University – A.B. – 1991

### Bar Admissions:
- State of California
- United States Court of Appeals for the Ninth Circuit
- Federal Circuit Court of Appeals
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Eastern District of Missouri
- United States District Court for the Western District of Pennsylvania

### Publications and Presentations:
- *The Hard Cell, Mobile banking and the Federal Circuit's "divided infringement" decisions,* Feb. 2013, Intellectual Property magazine, with Robert D. Becker



# NAVEED ABAIE
## Associate



Location: Los Angeles, California

Phone: (818) 205-2802

Email: nabaie@pwfirm.com

Naveed Abaie is an associate in the firm's Los Angeles office focusing on consumer protection, antitrust, and business litigation. Mr. Abaie recently served on the co-lead class counsel trial team on behalf of a certified class of direct purchaser plaintiffs in *In re Broiler Chicken Antitrust Litigation*, Northern District of Illinois, Case No. 1:16-cv-08637. Trial commenced in September 2023, and the complaint alleged that the nation's largest broiler chicken producers violated antitrust laws by limiting production and manipulating the price indices. PW and co-counsel secured settlements of over $284 million for the direct purchaser plaintiffs.

Mr. Abaie graduated from the University of San Diego, School of Law in 2017. While at the University of San Diego, he earned his J.D. with a concentration in Business and Corporate Law. Mr. Abaie received his Bachelor's degree from the University of California, Berkeley Haas School of Business in 2012.

## Current Cases:
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Cattle Antitrust Litig.* (D. Minn.)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc. and Major League Soccer L.L.C.* (E.D.N.Y.)
- *Doyle v. Tesla, Inc.* (N.D. Cal.)
- *In re Northern California Clergy Cases* (Cal. Sup. Ct.)
- *In re Southern California Clergy Cases* (Cal. Sup. Ct.)
- *In re The San Diego Diocese Cases* (Cal. Sup. Ct.)
- *In re PVC Pipe Antitrust Litig.* (N.D. Ill.)

## Education:
- University of San Diego, California – J.D. – 2017
- University of California, Berkeley, California – B.A. – 2012

## Bar Admissions:
- State of California
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California

## Professional Associations and Memberships:
- Association of Business Trial Lawyers

1034440.3



# BRIAN S. PAFUNDI
## Associate

Location: Minneapolis, Minnesota

Phone: (612) 389-0604

Email: bpafundi@pwfirm.com



Brian S. Pafundi is an associate in the firm's Minneapolis office focusing on antitrust and consumer protection class actions.

Mr. Pafundi received his B.A. in Political Science in 2005 and a Master of Arts degree in Mass Communications in 2009, both from the University of Florida. His graduate research focused on communications law and policy generally, and specifically, public records and open meetings laws. His research on public access to criminal discovery records has been quoted by the Tennessee Supreme Court, *see Tennessean v. Metro. Gov't of Nashville*, 485 S.W.3d 857, 871 (Tenn. 2016), and is cited in LaFave and Israel's Criminal Procedure Practice Series treatise. *See* n. 198, § 23.1(d) Closed proceedings: First Amendment right of access, 6 Crim. Proc. § 23.1(d) (4th ed.).

Mr. Pafundi graduated from the University of Florida Levin College of Law in 2010. After law school he worked as an Assistant Public Defender for the State of Minnesota where he handled a full and diverse caseload, including representing juveniles in delinquency proceedings and representing hundreds of adult criminal defendants across Minnesota's Third Judicial district.

During his tenure with the Public Defender's office, Mr. Pafundi served as lead attorney for numerous serious felony trials and represented a handful of individuals indicted on first-degree murder charges from initial appearance all the way through resolution of the matter.

Since joining Pearson Warshaw, Mr. Pafundi has worked on many of the firm's complex antitrust litigation matters, including all three protein cases, while also assisting on a handful of the false and deceptive advertising matters, leveraging his research background and courtroom experience to enhance the firm's work across all cases.

## Current Cases:
- *In re Pork Antitrust Litigation* (D. Minn.)
- *Freeman v. MAM USA Corp.* (N.D. Ill.)
- *In re Cattle Antitrust Litigation* (D. Minn.)
- *In re PVC Pipe Antitrust Litig.* (D. Ill.)
- *Ashour v. Arizona Beverages USA LLC et al.* (S.D.N.Y.) (false advertising/mislabeling)
- *Redner's Markets, Inc. v. Lamb Weston Holdings, Inc. et al.* (N.D. Ill.)

## Education:
- University of Florida Levin College of Law – J.D. – 2010
- University of Florida College of Journalism and Communications – M.A. – 2009
- University of Florida College of Liberal Arts and Science – B.A. – 2005

## Bar Admissions:
- State of Minnesota
- United States District Court for the District of Minnesota

## Professional Associations and Memberships:
- Minnesota State Bar Association

## Publications:
- *Public Access to Criminal Discovery Records: A Look Behind the Curtain of the*

1034440.3

27



PEARSON WARSHAW

# ADRIAN J. BUONANOCE
## Associate



Location: Sherman Oaks, California

Phone: (818) 205-2807

Email: abuonanoce@pwfirm.com

Adrian J. Buonanoce is an associate in the firm's Los Angeles office, focusing on antitrust and consumer protection litigation.

Mr. Buonanoce received a Bachelor's degree in Political Economy from the University of California, Berkeley in 2012. He earned a Juris Doctorate from the University of San Diego School of Law with a concentration in International Law in 2018. In 2024, Mr. Buonanoce published "The Basics of Antitrust" in the Consumer Attorneys of California Forum magazine.

In January 2025, Mr. Buonanoce was a core member of the trial team in the matter of *North American Soccer League, LLC v. United States Soccer Federation, Inc., et al.* The case was tried in the Eastern District of New York and lasted three weeks. The intense demands and intricate nature of this trial have had a great impact on Mr. Buonanoce's development as a trial lawyer in high stakes complex litigation.

### Current Cases:
- *Vakilzadeh v. The Trustees of California State University* (Cal. Sup. Ct., Los Angeles)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Cattle Antitrust Litig.* (D. Minn.)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc. and Major League Soccer L.L.C.* (E.D.N.Y)
- *Zimmerman v. Paramount Global* (S.D.N.Y.)
- *In re PVC Pipe Antitrust Litig.* (D. Ill)
- *In re Granulated Sugar Antitrust Litig.* (D. Minn)
- *Conry, et al. v. Gerber Products Company, et al.* (E.D.N.Y.)

### Education:
- University of San Diego, California – J.D. – 2018
- University of California, Berkeley, California – B.A. – 2012

### Bar Admissions:
- State of California
- United States District Court for the Central District of California
- United States District Court for the Northern District of California

### Professional Associations and Memberships:
- Association of Business Trial Lawyers
- Public Justice

### Publications:
- *The Basics of Antitrust*, Consumer Attorneys of California Forum Magazine, vol. 54, no. 1, 2024, pp. 32-35.





# RYAN T. GOTT
## Associate

Location: Minneapolis, Minnesota

Phone: (612) 389-0602

Email: rgott@pwfirm.com

Ryan T. Gott is an attorney in the firm's Minnesota office with a practice focused on consumer protection, data privacy & security, false advertising, product liability and environmental law matters.

Mr. Gott has a demonstrated history of litigation success in both state and federal courts, including multiple appearances and favorable results before the Minnesota Supreme Court and federal district courts. He is a passionate advocate for his clients with a dedication to open communication and consultation.

In the litigation and maintenance of two of the largest data breach MDLs in the country, *In Re: Change Healthcare, Inc. Customer Data Security Litigation* and *In re: MOVEit Customer Data Security Breach Litigation*, Mr. Gott is tasked with dispositive motion briefing, plaintiff vetting and ESI preservation coordination, offensive, non-party and expert discovery and depositions.

Mr. Gott is an active member of Electronic Document Retention and Production Working Group of The Sedona Conference, which seeks to develop principles, guidance and best practice recommendations for information governance and electronic discovery. Mr. Gott serves on multiple Public Justice committees including the Access to Justice Task Force and the Class Action Preservation Project Task Force. Mr. Gott also serves as a board member on multiple non-profits within the Twin Cities and is dedicated to the University of St. Thomas School of Law, its students and graduates.

## Current Cases:

- *Ashour v. Arizona Beverages USA LLC et al.* (S.D.N.Y.) *(false advertising/mislabeling)*
- *Benson et al. v. Newell Brands Inc., et al.* (N.D. Ill.) *(false advertising/mislabeling)*
- *Cake Love Co. v. AmeriPride Services and ARAMARK* (D. Minn.*) (contract)*
- *Freeman v. MAM USA Corp.* (N.D. Ill.) *(false advertising/mislabeling)*
- *David Plowden v. Similasan Corporation* (D. Co) *(false advertising/mislabeling)*
- *In re: Apple Inc. App Store Simulated Casino-Style Games Litig.; In re: Facebook, Inc. App Center Simulated Casino-Style Games Litig.; and In re: Google Play Store Simulated Casino-Style Games Litig.* (N.D. Cal.)
- *Nutraceutical Wellness, Inc. Consumer Fraud Litig.* (S.D.N.Y.) *(false advertising/mislabeling)*
- *In Re: MOVEit Customer Data Sec. Breach Litig.* (D. Mass.) *(data breach)*
- *In Re Santa Fe Natural Tobacco Company, Marketing, Sales Practice, and Products Liability Litig.* (D.N.M.) *(false advertising/mislabeling)*
- *In Re: Change Healthcare, Inc. Customer Data Security Breach Litig.* (D. Minn.) *(data breach)*

## Bar Admissions:

- State of Minnesota
- United States District Court for the District of Minnesota
- United States District Court for the District of Colorado
- United States District Court for the North District of Illinois

## Education:

- University of St. Thomas School of Law - J.D. - 2015
- Saint John's University - B.A. - 2012

## Professional Associations and Memberships:

- Minnesota State Bar Association
- American Bar Association
- Federal Bar Association
- Public Justice
- The Sedona Conference

1034440.3

29



**PEARSON WARSHAW**

# KELSEY GATLIN DAVIES
## Associate



Location: Sherman Oaks, California

Phone: (612) 389-0602

Email: kdavies@pwfirm.com

Kelsey Gatlin Davies is an associate attorney who specializes in consumer protection matters and class action litigation. She represents individuals and classes of consumers, on both state and nationwide bases, in cases involving unfair business practices, deceptive advertising, and defective products.

Ms. Davies is dedicated to achieving meaningful results for her clients. She has a history of litigation success in various federal courts, including appearances and favorable results in consumer class actions involving mislabeled and dangerously defective products. Most recently, she served as class counsel in a consumer protection case involving a baby bassinet, *Amanda Marble, et al. v. Halo Innovations, Inc.*, in which she was integral to achieving a $1.5 million nationwide settlement in the Southern District of New York. She also she played an instrumental role in the successful litigation and resolution of *In Re Seresto Flea and Tick Collar Litigation*, where she served on the Plaintiffs' discovery committee, spearheading defensive discovery efforts including defending Class Representative depositions. For her class action work, Ms. Davies was recognized as a Top Plaintiff Attorney in Class Actions by CityView Magazine in 2025 and 2024. She was also awarded Top 40 Under 40 by The National Trial Lawyers in 2024 and 2023.

Before shifting her career to class actions, Ms. Davies played an key role in litigating and bringing resolution to the Kingston Coal Ash Spill Litigation, *Adkisson, et al. v. Jacobs Engineering Group, Inc.*, a case involving over 300 victims of the largest industrial disaster in U.S. history, the 2008 Kingston Coal Ash Spill in Kingston, Tennessee. For her work on this matter, she, along with her colleagues, was selected as a finalist by Public Justice for Trial Lawyer of the Year in 2024.

### Current Cases:
- *In Re: Snuga Litigation* (false advertising/mislabeling) (W.D.N.Y)
- *Seresto Flea and Tick Collar Manufacturing Sales Practices and Products Liability Litig.* (false advertising/mislabeling) (N.D. Ill.)

### Education:
- University of Tennessee College of Law - J.D. – 2020
- University of Tennessee Chattanooga - B.A. - 2014

### Bar Admissions:
- State of Tennessee
- United States District Court for the Eastern District of Tennessee
- United States District Court for the Middle District of Tennessee
- United States District Court for the Northern District of Illinois

### Professional Associations and Memberships:

- National Trial Lawyers
- Tennessee State Bar Association
- Knoxville Bar Association
- American Bar Association
- Public Justice

1034440.3