Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pwfirm.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

[Additional Counsel Listed
on Signature Page]

*Attorneys for Plaintiffs*
*and the Certified Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER, | Case No. 5:19-CV-00835-FMO-SP |
| Plaintiffs, | Assigned to: Hon. Fernando M. Olguin |
| v. | |
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., | **SUPPLEMENT IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| Defendants. | |

In their Motion for Final Approval, Plaintiffs indicated that they would provide a supplement prior to the Final Approval Hearing of the status of Epiq Class Action and Claims Solution, Inc.'s ("Epiq") fraud review of all submitted claims. *See* ECF No. 220, at 2 n.3. Accordingly, Plaintiffs now provide the Declaration of Stephanie Amin-Giwner for the Court's consideration. This supplemental declaration provides detail on the steps Epiq is taking to review all 1,092,837 submitted claims and to remove any claims that contain any indicia of fraud. Given the rigorous and exhaustive nature of this review, Epiq's fraud review remains ongoing. Once complete, Plaintiffs will provide further supplementation with the final results of that review for the Court's consideration.

Dated: August 6, 2026

/s/ *Matthew D. Schultz*
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
**LEVIN PAPANTONIO**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

*Attorneys for Plaintiffs*
*and the Certified Class*

1

## CERTIFICATE OF SERVICE

I, Matthew D. Schultz, hereby certify that on August 6, 2026, I caused a true and correct copy of the foregoing Plaintiffs' Supplement in Support of Final Approval of Class Action Settlement to be served upon the following by electronic mail:

Kathy J. Huang (SBN 240677) (kathy.huang@alston.com)
John E. Stephenson, Jr. (john.stephenson@alston.com)
Scott A. Elder (scott.elder@alston.com)
Jason D. Rosenberg (jason.rosenberg@alston.com)
Jenny A. Hergenrother (jenny.hergenrother@alston.com)
Alan F. Pryor (alan.pryor@alston.com)
Kara L. McCall (kara.mccall@alston.com)
Joshua A. Glikin (jglikin@shulmanrogers.com)

*Attorneys for Defendants*

/s/ *Matthew D. Schultz*
Matthew D. Schultz

*Attorney for Plaintiffs*
*and the Certified Class*

2