# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JUSTIN LYTLE and CHRISTINE MUSTHALER,

Plaintiffs,

v.

NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,

Defendants.

CASE NO. 5:19-CV-00835-FMO-SP

Assigned to Hon. Fernando M. Olguin

**DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION**

DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION

I, Stephanie Amin-Giwner, hereby declare and state as follows:

1.      I am a Senior Director at Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I received my Bachelor of Arts degree from Brandeis University and Juris Doctor degree from American University Washington College of Law.

2.      I have more than 15 years of experience working on hundreds of class action settlements.  In my current position, I am responsible for overseeing project management teams that handle a variety of class action administrations, including securities, antitrust, consumer, and employment.  Prior to joining Epiq, I practiced law for over 15 years where I litigated numerous class actions. In handling class action settlement administration, my teams and I draw from our in-depth class action case experience, as well as our educational and related work experiences.

3.      This declaration is submitted to provide a more in-depth reporting to the Court of Epiq's detailed fraud analysis beyond what was previously provided in the Declaration of Carmon R. Azari, Esq. Regarding Implementation and Adequacy of Notice Plan executed on July 13, 2026 (the "Azari Declaration"). The following statements are based upon my personal knowledge, experience, and information provided to me by other experienced Epiq employees working under my supervision, in addition to information provided to me by Epiq's digital payment partner on this matter, Digital Disbursements.[1]  If called upon, I could and would testify competently thereto.

4.      We request that this be filed under seal to protect the integrity of Epiq's fraud detection protocols. Disclosure would reveal the specific techniques, indicators, and thresholds Epiq uses to identify fraudulent activity — information that, if made public, could be used by bad actors to evade these safeguards and undermine the integrity of the claims process. In addition, these materials reflect Epiq's proprietary and confidential work product, developed and refined over years of claims administration

---

[1]     Digital Disbursements, a wholly owned subsidiary of Western Alliance Bank, has been awarded more than 700 class action and mass tort settlement distributions from more than 25 different settlement administrators over the past five years.  During this time, Digital Disbursements has handled more than 200,000,000 payment selections in class action and mass tort settlements.

2

DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION

experience. Epiq is available to discuss its methodology with the Court or counsel under appropriate confidentiality protections.

## CLAIM SUBMISSIONS

5.    The deadline for Class Members to file a Claim Form was July 21, 2026.  The Azari Declaration reported to the Court that as of July 13, 2026, Epiq had received 801,121 Claim Forms (800,457 online and 664 paper).  As of the date of this declaration, Epiq has received 1,092,837 Claim Forms (1,091,650 online and 1,187 paper).

## FRAUDULENT CLAIMS ANALYSIS

6.    As noted in the Azari Declaration, fraudulent claim filing is an unfortunate reality in many class action settlements in recent years.  Given the current trends within the Class Action Industry with fraudulent claim filing by bad actors, some level of fraudulent claim filing was anticipated in a case like this.

7.    Epiq partners with the best resources in the industry to detect and combat fraud and provide the best results.  Using EpiqShield$^{TM}$, a proprietary product developed by experienced, industry experts, and working with our digital payment partner, Epiq maintains a vigorous, multi-layered fraud detection process to prevent, detect, and provide in-depth analysis regarding possible fraudulent claim submissions. EpiqShield$^{TM}$ uses numerous anti-fraud measures, extensive technology, and information security resources.  These tools serve to detect and prevent fraud attempts perpetuated by bots (automated software that is programmed to file large volumes of claims, which are often fraudulent claims), etc.  Epiq also addresses smaller-scale fraud from individual bad actors seeking to falsify claim information by thorough manual review as needed.

8.    There are two broad categories of claim filing fraud: 1) a bad actor filing a single claim when they are not a class member, or a class member filing a claim and artificially inflating a claim's value; and 2) attempts by a "bad actor" or actors to file a large volume of claims, either manually or via "bot" programming.

9.    It is difficult to identify this behavior because it inherently looks the same as a legitimate claim, especially for a Settlement like this one where there is no individual data available for all members of the Settlement Class prior to claims being filed.  Absent external or third-party data sources to validate

3

DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION

a claim, it can be difficult to identify these claims. Also, if there is no easily identifiable pattern or widespread conduct to attract attention and/or identify these claims as fraudulent, they can be difficult to detect. In our experience, comprehensive analysis of the combined claims dataset is an effective way to identify patterns and behavior of bad actors. Accordingly,

## CLAIMS WITH INDICIA OF FRAUD

10.     Epiq is currently conducting a detailed fraud analysis of Claim Forms by looking at numerous known indicators of indicia of fraud.

As fraud analysis continues to evolve and advance and fraud behavior and techniques change, additional indicia of fraud are identified and added to the fraud analysis process. For ease of review by the Court, similar categories of indicia of fraud have been combined in some instances, resulting in the following 15 different fraud categories for this case. Upon completion of the detailed fraud analysis, Epiq will provide Counsel and the Court with a report of the results of that work.

11.

4

DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION



5

DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION

### FRAUD ANALYSIS OF SUBMITTED CLAIMS

26.    Of the 1,092,837 Claim Forms received, Epiq estimates that between approximately 950,000 and 1,050,000 Claim Forms (between 86.9% and 96% of submitted Claim Forms) will be denied as a result of multiple indicia as outlined in this declaration to identify the submissions as fraudulent.

27.    Through a combination of Epiq's website controls and Digital Disbursements' real-time screening, more than 1,900,000 additional online claim submissions were initiated but never completed or submitted to Epiq.  Given the volume and rate of suspicious filing activity observed throughout the

6

DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION

claim period, Epiq believes a substantial majority of these attempts were prevented from being submitted by these controls.  These attempted submissions are not included in the additional assessment covered by this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 5, 2026.

*Stephanie Amin-Giwner*

_____
Stephanie Amin-Giwner

7

DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION