Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pwfirm.com.
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

[Additional Counsel Listed
on Signature Page]

*Attorneys for Plaintiffs*
*and the Certified Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>        Plaintiffs,<br><br>vs.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>        Defendants. | Case No. 5:19-cv-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION [221] FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION** |

Case No. 5:19-cv-00835-FMO-SP

Having considered Plaintiffs' Application for Leave to File Under Seal, and the Declaration of Stephanie Amin-Giwner Regarding Settlement Administration, and for compelling reasons shown, the Court GRANTS the Application for Leave to File Under Seal Portions of the Declaration of Stephanie Amin-Giwner Regarding Settlement Administration:

| Declaration Of Stephanie Amin-Giwner Regarding Settlement Administration | |
|---|---|
| Page 4 | Portions of Paragraphs 9 and 10, and Paragraphs 11-13 in full, as requested |
| Page 5 | Paragraphs 14-19 in full, as requested |
| Page 6 | Paragraphs 20-25 in full, as requested |

**IT IS SO ORDERED.**

DATED: August 7, 2026    _____/s/_____
HONORABLE FERNANDO M. OLGUIN
United States District Judge

- 1 -    Case No. 5:19-cv-00835-FMO-SP

ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION