# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 19-00835 FMO (SPx)** | Date | **August 13, 2026** |
|---|---|---|---|
| Title | **Justin Lytle, et al. v. Nutramax Laboratories, Inc., et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:

Daniel Warshaw
Adam Edwards
Bill Cash III

Attorney Present for Defendants:

Kathy J. Huang
Scott Elder

**Proceedings:**    **Final Approval / Fairness Hearing; Plaintiffs' Motion for Attorney's Fees, Costs, and Class Representative Service Awards [219]; Plaintiffs' Motion for Final Approval of Class Settlement [220]**

The court and counsel confer regarding the pending motions. The court notes for the record that no objectors are present at the final fairness hearing, and counsel confirms that no requests for exclusion were received.

No later than **August 28, 2026**, counsel shall file a declaration identifying any side agreements made in connection with the proposed settlement pursuant to Federal Rules of Civil Procedure 23(e)(3) and 23(e)(2)(C)(iv), and the settlement administrator shall file a declaration stating the final number of valid claim forms and the claims rate. Upon the filing of the declarations, the pending motions will be deemed submitted.

IT IS SO ORDERED.

| 00 | : | 07 |
|---|---|---|

Initials of Preparer    vdr