Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pwfirm.com.
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Certified Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUSTIN LYTLE and CHRISTINE MUSTHALER,

Plaintiffs,

vs.

NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,

Defendants.

Case No. 5:19-cv-00835-FMO-SP

Assigned to: Hon. Fernando M. Olguin

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE SUPPLEMTAL DECLARATION OF STEPHANIE AMIN-GIWNER REGARDING SETTLEMENT ADMINISTRATION**

Having considered Plaintiffs' Application for Leave to File Under Seal, and the Supplemental Declaration of Stephanie Amin-Giwner Regarding Settlement Administration, and for compelling reasons shown, the Court GRANTS the Application for Leave to File Under Seal Portions of the Declaration of Stephanie Amin-Giwner Regarding Settlement Administration:

| **Supplemental Declaration Of Stephanie Amin-Giwner Regarding Settlement Administration** | |
|---|---|
| Page 3 | Portions of Paragraphs 6-9, as requested |
| Page 4 | Portions of Paragraph 9, and Paragraph 10 in full, as requested |

**IT IS SO ORDERED.**

DATED: ____________

____________________________
HONORABLE FERNANDO M. OLGUIN
United States District Judge