Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pwfirm.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Certified Class*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | Case No. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**SUPPLEMENT IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

In the Declaration of Stephanie Amin-Giwner Regarding Settlement Administration, ECF No. 223-1, Epiq Class Action and Claims Solution, Inc. ("Epiq") provided information on its then-ongoing process for reviewing submitted Claim Forms for indicia of fraud. Epiq has substantially completed its review. Accordingly, Plaintiffs now submit the Supplemental Declaration of Stephanie Amin-Giwner Regarding Settlement Administration, which provides the results of Epiq's fraud review process and an updated accounting of validated Claims.

Further, during the Court's August 13, 2026 Final Approval Hearing, the Court inquired whether any other agreements had been made between or among Plaintiffs, Class Counsel, or Defendants. At the time, Class Counsel confirmed that no other agreements had been made and offered to provide a declaration to that effect. Accordingly, Class Counsel now submit the Declaration of Class Counsel Pursuant to Fed. R. Civ. P. 23(e)(2)(C)(iv) and 23(e)(3) in Support of Final Approval of Class Action Settlement.

Dated: August 28, 2026

/s/ *Matthew D. Schultz*
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
**LEVIN PAPANTONIO**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

*Attorneys for Plaintiffs*
*and the Certified Class*

# CERTIFICATE OF SERVICE

I, Matthew D. Schultz, hereby certify that on August 28, 2026, I caused a true and correct copy of the foregoing Plaintiffs' Supplement in Support of Final Approval of Class Action Settlement to be served upon the following by electronic mail:

Kathy J. Huang (SBN 240677) (kathy.huang@alston.com)
John E. Stephenson, Jr. (john.stephenson@alston.com)
Scott A. Elder (scott.elder@alston.com)
Jason D. Rosenberg (jason.rosenberg@alston.com)
Jenny A. Hergenrother (jenny.hergenrother@alston.com)
Alan F. Pryor (alan.pryor@alston.com)
Kara L. McCall (kara.mccall@alston.com)
Joshua A. Glikin (jglikin@shulmanrogers.com)

*Attorneys for Defendants*

/s/ *Matthew D. Schultz*
Matthew D. Schultz

*Attorney for Plaintiffs*
*and the Certified Class*