Adam A. Edwards (*pro hac vice*)
aedwards@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Daniel L. Warshaw
dwarshaw@pwfirm.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs*
*and the Certified Class*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN LYTLE and CHRISTINE MUSTHALER,<br><br>Plaintiffs,<br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>Defendants. | Case No. 5:19-CV-00835-FMO-SP<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>**DECLARATION OF CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(e)(2)(C)(iv) AND 23(e)(3) IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Adam A. Edwards, declare as follows:

1. I represent Plaintiffs Justin Lytle and Christine Musthaler ("Plaintiffs") in the above-captioned class action. I have worked on this litigation since the case was first filed in May 2019 through to the present. I, along with other Plaintiffs' counsel, have led Plaintiffs' efforts in this case and my firm, Milberg Coleman Bryson Phillips Grossman PLLC, along with the firm Levin Papantonio, were appointed as Class Counsel in this Action. ECF No. 146, at 36. I have personal knowledge of all matters addressed in this Declaration, including the negotiations that culminated with the filing of the Settlement.

2. I attended the August 13, 2026 Final Approval Hearing in this case. During that hearing, the Court asked whether Class Counsel had made any other agreements with Defendants in this matter, and I stated that they had not.

3. I write separately to confirm that the Settlement Agreement which the Court preliminarily approved (and which is pending final approval) forms the *entire* and *only* agreement between Plaintiffs, Class Counsel, and Defendants. Neither Plaintiffs, Class Counsel, nor Defendants have made any separate agreements outside the Settlement Agreement.

4. Pursuant to Federal Rule of Civil Procedure 23(e)(2)(C)(iv), no other agreements—other than the Settlement Agreement the Parties have entered into and presented to the Court—have been made.

5. Pursuant to Federal Rule of Civil Procedure 23(e)(3), no other agreements—other than the Settlement Agreement the Parties have entered into and presented to the Court—have been made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August, 2026, at Knoxville, Tennessee.

/s/ *Adam A. Edwards*

Adam A. Edwards