JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUSTIN LYTLE, et al., Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC., et al.,<br><br>Defendants. | ) | Case No. ED CV 19-00835 FMO (SPx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Justin Lytle and Christine Musthaler shall each be paid a service award of $7,500.00 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $3,409,054.03 in attorney's fees, and $385,945.97 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. Epiq shall be paid its fees and expenses in accordance with the terms of the Settlement Agreement and the Order.

4. All class members who did not validly and timely request exclusion have released their claims against any of the released parties (as defined in the Settlement Agreement) as set forth in the Order and the Settlement Agreement.

5. Except as to any class members who have validly and timely requested exclusion, this action is dismissed with prejudice, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 2nd day of November, 2026.

/s/
Fernando M. Olguin
United States District Judge